**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Grandparents.com, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  NorWestech, Inc.** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **93-1211114** | |

4. **Debtor's address**

**Principal place of business**

**589 8th Ave.**
**6th Floor**
**New York, NY 10018**
Number, Street, City, State & ZIP Code

**New York**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.grandparents.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Grandparents.com, Inc.**                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | _____ | | _____ | | _____ |
| | _____ | | _____ | | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Grand Card LLC** | Relationship | **Subsidiary** |
|---|---|---|---|---|
| | District | **Southern District of Florida** | When | **3/14/17** | Case number, if known | **17-14704** |

Debtor    **Grandparents.com, Inc.**                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**◼ Statistical and administrative information**

**13. Debtor's estimation of available funds** .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 14, 2017**
MM / DD / YYYY

X _____        Joshua Rizack
Signature of authorized representative of debtor        Printed name

Title    **Chief Restructuring Officer,The Rising
Group Consulting, Inc**

**18. Signature of attorney**    X _____        Date    **April 14, 2017**
Signature of attorney for debtor            MM / DD / YYYY

**Steven R. Wirth**
Printed name

**Akerman LLP**
Firm name

**401 East Jackson Street
Suite 1700
Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone    **813.223.7333**    Email address    **steven.wirth@akerman.com**

**170380**
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Case 17-14711-LMI    Doc 1    Filed 04/14/17    Page 5 of 82

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter __11__

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| Request for Relief, Declaration, and Signatures |
|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __April 14, 2017__
                      MM / DD / YYYY

X _____          **Joshua Rizack**
Signature of authorized representative of debtor          Printed name

Title   **Chief Restructuring Officer, The Rising
        Group Consulting, Inc**

**18. Signature of attorney**

X _____          Date  **April 14, 2017**
Signature of attorney for debtor                              MM / DD / YYYY

**Steven R. Wirth**
Printed name

**Akerman LLP**
Firm name

**401 East Jackson Street
Suite 1700
Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **813.223.7333**     Email address  **steven.wirth@akerman.com**

**170380**
Bar number and State

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 1

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Southern District of Florida

In re  **Grandparents.com, Inc.**                               Case No.
                                                    Debtor(s)                Chapter        **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number
   is   **000-21537**   .

2. The following financial data is the latest available information and refers to the debtor's condition on   **3/31/2017 unaudited**   .

 a. Total assets                                                    $                      673,568.00

 b. Total debts (including debts listed in 2.c., below)            $                  13,699,312.00

 c. Debt securities held by more than 500 holders:                                  Approximate
                                                                                    number of
                                                                                    holders:

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

 d. Number of shares of preferred stock                               2,375,000                    0

 e. Number of shares common stock                                  202,268,582                    0

     Comments, if any:

3. Brief description of Debtor's business:
   **The Debtor owns and operates the Grandparents.com website, a membership organization and social media community which connects grandparents, seniors, and boomers to differentiated, discounted products and services.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **VB Funding LLC**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Grandparents.com, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **April 14, 2017** | X _(signature)_ |
| | | Signature of individual signing on behalf of debtor |

**Joshua Rizack**
Printed name

**Chief Restructuring Officer,The Rising Group Consulting, Inc**
Position or relationship to debtor

---

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Grandparents.com, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Action Marketing Research, Inc. 15 East Franklin Avenue, Suite 15 Minneapolis, MN 55404** | | **trade debt Invoice 20023-1, 20023-2, 20022-1, 20022-2** | | | | **$23,600.00** |
| **BabyCenter, LLC 163 Freelon Street San Francisco, CA 94107** | | **trade debt 26768, 26871, 27007, 26644** | | | | **$20,000.36** |
| **Bloom Insurance Agency, LLC 1801 South Liberty Drive Suite 200 Bloomington, IN 47403** | | **trade debt - insurance call center** | **Disputed** | | | **$48,717.79** |
| **DLA Piper LLP 1251 Avenue of the Americas 27th Floor New York, NY 10020-1104** | | **legal services Inv 3231937** | | | | **$35,883.00** |
| **DMI Partners, Inc. One South Broad St. 11th Floor Philadelphia, PA 19107** | | **co-registration work in 2012/breach of contract** | **Contingent Unliquidated Disputed** | | | **$296,519.05** |
| **Exact Target Dept CH 17808 Palatine, IL 60055-7808** | | **trade debt Invoice #3137782, 3137783, 3144676, 3148446** | **Disputed** | | | **$54,074.63** |
| **Experian Marketing Solutions, Inc. 22807 Network Place Chicago, IL 60673-1228** | | **trade debt** | **Disputed** | | | **$64,363.37** |

Debtor **Grandparents.com, Inc.**

_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lockhard & Wechsler, Inc. 2 Bridge Street, Suite 200 Irvington, NY 10533 | | direct marketing Invoices 9333, 9234, 9148, 9143 | Disputed | | | $22,622.90 |
| Marketing Technology Solutions, Inc. PO Box 200375 Pittsburgh, PA 15251-0375 | | trade debt Invoices 10073, 9929, 9826, 9663, 9594 | | | | $27,045.90 |
| Mintz, Levin, Cohn, Ferris, Glovsky 666 Third Avenue New York, NY 10017 | | legal services | | | | $294,379.31 |
| Olshan Frome Wolosky LLP 1325 Avenue of the Americas New York, NY 10019 | | legal services | | | | $27,870.05 |
| Pacific Biomarkers 220 W. Harrison Street Seattle, WA 98119 | | trade debt | Disputed | | | $31,618.99 |
| Silver Pop Systems, Inc. PO Box 536747 Atlanta, GA 30353-6747 | | trade debt Invoices 512211, 510085, 509026, 511668 | Disputed | | | $23,027.06 |
| Simmons Market Research Bureau, Inc. 21221 Network Place Chicago, IL 60673-1212 | | trade debt | Disputed | | | $56,011.44 |
| SJO Worldwide LLC 710 NE 3rd Ave Delray Beach, FL 33444 | | advisory fees | | | | $40,500.00 |
| Starr Indemnity & Liability Company 399 Park Avenue New York, NY 10022 | | Consulting Agreement | Disputed | | | $640,000.00 |
| Thomas C. Moore PC 63 White Plains Road Bronxville, NY 10708 | | legal services | | | | $43,125.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Grandparents.com, Inc.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tiburon Media Group, LLC 39 Main St Belvedere Tiburon, CA 94920** | | **trade debt Inv 5818, 5861** | | | | **$23,944.95** |
| **Tower 39 Associates LLC c/o Newmark & Co. Real Estate 125 Park Ave New York, NY 10017** | | **back rent (March and April 2017) and attorneys' fees and other costs** | | | | **$42,481.45** |
| **Vanbridge LLC Bank of America Lockbox PO Box 416103 Boston, MA 02241-6103** | | **Consulting Agreement** | | | | **$137,500.00** |

| Fill in this information to identify the case: |
| :--- |

Debtor name    **Grandparents.com, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| :--- | :--- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B*..............................................................................................    $        **0.00**

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B*............................................................................................    $        **1,928,032.64**

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B*..............................................................................................    $        **1,928,032.64**

| Part 2: | Summary of Liabilities |
| :--- | :--- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $        **9,827,621.96**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $        **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$        **3,650,444.91**

4.    **Total liabilities** .............................................................................................................
     Lines 2 + 3a + 3b    $        **13,478,066.87**

**Fill in this information to identify the case:**

Debtor name **Grandparents.com, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **JPMorgan Chase Bank, N.A.** **1260 Broadway** **New York, NY 10001** | **checking** | 5150 | $52,067.27 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $52,067.27 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. **Security Deposit with Tower 39 Associates LLC c/o Newmark & Co. Real Estate for premises located at 589 8th Avenue, 6th Floor, New York, NY 10018** | $76,500.00 |
|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

   | $76,500.00 |
   |---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor     **Grandparents.com, Inc.**                                                    Case number *(if known)* _____
           Name

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11b. Over 90 days old: **3,500.00** - **0.00** =.... **$3,500.00**
                        face amount      doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                              **$3,500.00**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **Grand Card, LLC** | **100** % | **$0.00** |
| 15.2. | **Grandparents Insurance Solutions, LLC**<br>**(d/b/a Grand Insurance Solutions)** | **100** % | **$0.00** |
| 15.3. | **American Grandparents Association LLC** | **100** % | **$0.00** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17.     **Total of Part 4.**                                                              **$0.00**
        Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor     **Grandparents.com, Inc.**                                      Case number *(If known)* _____
           Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>furniture and fixtures | $0.00 | | $3,123.56 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>phone system | $0.00 | | $100.32 |
| | Konica Minolta BIZHUB C308 Copier/Printer (leased) | $0.00 | | $0.00 |
| | MailFinance postage equipment (lease) | $0.00 | | $0.00 |
| | computer software | $0.00 | | $812.50 |
| | computer and network equipment | $0.00 | | $3,124.57 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| $7,160.95 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

Debtor    **Grandparents.com, Inc.**                                              Case number *(If known)* _____
          Name

■ No.  Go to Part 10.
□ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

□ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets**<br>**AGA American Grandparents Association "AGA" - Registration No. 4,885,417**<br>**AGA American Grandparents Association logo - Registration No. 4,901,035**<br>**Grandest Adventures  - Registration No. 3594674**<br>**Grandparents.com (Class 025)  - Registration No. 3637229**<br>**Grandparents.com (Classes 035, 038, 039, 041) - Registration No. 3503215**<br>**Grandparents.com It's Great To Be Grand & design -  - Registration No. 3775059**<br>**AGA (Standard Mark) - Application No. 86653373**<br>**AGA American Grandparents Association (stylized w/design) - Application No. 86653028**<br>**Grandparents Insurance Plans -  Registration No. 4200271**<br>**Grand Card -  Application No. 85/615047**<br>**Grand Inspirations - Application No. 85/591533**<br>**Grand Corps - Registration No. 4506322**<br>**Grand Family Insurance Plans - Registration No. 86/017,249**<br>**Timeless You - Application No. 86/122, 123**<br>**GRAND CARD - Application No. 61/693992**<br><br>"Feel Grand" trademark and copyright | $0.00 | | $0.00 |
| 61.    **Internet domain names and websites**<br>**www.grandparents.com** | $0.00 | | $450,000.00 |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations**<br>customer lists | $0.00 | | $0.00 |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                              | $450,000.00 |

Add lines 60 through 65. Copy the total to line 89.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Grandparents.com, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
   - ☐ No
   - ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ■ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☐ No.  Go to Part 12.
   - ■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Directors and Officers Liability Insurance**<br>**Liberty Insurance Underwriters Inc.**<br>**Policy Number DONYAAMMRQ004**<br>**2/22/2015 - 8/22/2017** | Tax year | **$0.00** |
| | **New York State unemployment tax refund** | Tax year **2015** | **$137.42** |
| | **NOLs** | Tax year **2016** | **$1,338,667.00** |
| 73. | **Interests in insurance policies or annuities**<br>**Excess Edge**<br>**Illinois National Insurance Company**<br>**Policy Number 03-582-93-16**<br>**2/22/2015 - 8/22/2017** | | **Unknown** |
| | **Management Liability**<br>**Endurance American Insurance Company**<br>**Policy Number ADX10004614901**<br>**2/22/2017 - 8/22/2017** | | **Unknown** |
| | **UnitedHealthcare**<br>**medical insurance**<br>**GL8604** | | **Unknown** |

Debtor   **Grandparents.com, Inc.**

Name

Case number *(If known)* _____

**Statutory Disability and Workers Compensation Insurance**
**Hartford Life and Accident Insurance Company**
**Statutory Disability Insurance Policy LNY771598**
**Workers Compensation Policy No. 76 WEG XI1127**
**2/23/2017**

**Unknown**

---

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Joseph Bernstein**                                                         **Unknown**

| Nature of claim | breach of contract |
| Amount requested | $0.00 |

---

**Bernstein-Nasser Investments, LLC**                           **Unknown**

| Nature of claim | breach of contract |
| Amount requested | $0.00 |

---

**AON**                                                                         **Unknown**

| Nature of claim | breach of contract |
| Amount requested | $0.00 |

---

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                  **$1,338,804.42**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 6

Debtor    **Grandparents.com, Inc.**                                 Case number *(if known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $52,067.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $76,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,160.95 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $450,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,338,804.42 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,928,032.64 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,928,032.64 |

**Fill in this information to identify the case:**

Debtor name  **Grandparents.com, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| 2.1 | **VB Funding, LLC** | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**
**All assets of Debtor**

Amount of claim: **$9,827,621.96**   Value of collateral: **$1,928,032.64**

Creditor's Name

**190 Farmington Ave**
**Farmington, CT 06032**

Creditor's mailing address

**Describe the lien**
**Amended and Restated Credit Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/15/2016**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3.**   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$9,827,621.96**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Grandparents.com, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |
|---|---|---|---|
|  | **Access** | ☐ Contingent | |
|  | **1012 W. Beardsley Place** | ☐ Unliquidated | |
|  | **Salt Lake City, UT 84119** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | **Basis for the claim:** member benefits | |
|  | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,600.00** |
|---|---|---|---|
|  | **Action Marketing Research, Inc.** | ☐ Contingent | |
|  | **15 East Franklin Avenue, Suite 15** | ☐ Unliquidated | |
|  | **Minneapolis, MN 55404** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | **Basis for the claim:** trade debt | |
|  | Last 4 digits of account number _ | Invoice 20023-1, 20023-2, 20022-1, 20022-2 | |
|  | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,817.72** |
|---|---|---|---|
|  | **AFCO (D&O Ins # 6606)** | ☐ Contingent | |
|  | **Dept 0809** | ☐ Unliquidated | |
|  | **PO Box 120809** | ☐ Disputed | |
|  | **Dallas, TX 75312-0809** | | |
|  | Date(s) debt was incurred _ | **Basis for the claim:** insurance | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,096.48** |
|---|---|---|---|
|  | **Amazon Web Services Inc** | ☐ Contingent | |
|  | **410 Terry Ave North** | ☐ Unliquidated | |
|  | **Seattle, WA 98109-5210** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | **Basis for the claim:** trade debt | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Grandparents.com, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**AmeriMark Holdings LLC**
6864 Engle Rd.
Cleveland, OH 44130

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$50.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Letter of Intent**
**Permits Debtor to promote its medicare insurance products in AmeriMark catalogs**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Andrew Foote**
147 Willow St
Brooklyn, NY 11201

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Indemnification Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Andrew Foote**
147 Willow St
Brooklyn, NY 11201

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$6,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **board fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**AppNexus Resources**
28 West 23rd, 4th Floor
New York, NY 10010

Date(s) debt was incurred __
Last 4 digits of account number  **0150**

As of the petition filing date, the claim is: *Check all that apply.*  **$10,887.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**BabyCenter, LLC**
163 Freelon Street
San Francisco, CA 94107

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$20,000.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**
**26768, 26871, 27007, 26644**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**Balsamiq Studios, LLC**
PO Box 1138
Sacramento, CA 95812

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$12.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
**Bank of America**
PO Box 15710
Wilmington, DE 19886-5710

Date(s) debt was incurred __
Last 4 digits of account number  **7497**

As of the petition filing date, the claim is: *Check all that apply.*  **$11,758.96**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Grandparents.com, Inc.**                                                                          Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Barash Friedman Friedberg & Adasko CPA**
**331 Madison Avenue, 8th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,000.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Accounting services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Barton Barton & Plotkin LLP**
**420 Lexington Ave**
**Graybar Building 18th Floor**
**New York, NY 10170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,277.29**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  legal services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Beth Temple**
**160 Riverside Blvd #503**
**New York, NY 10069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,100.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1710**

**Basis for the claim:**  writer's fee

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Beyond ROI**
**4855 Technology Way, #710**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,000.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**BJS Squared LLC**
**c/o Steven E. Leber**
**UPS Store 0647, PO Box 134**
**1773A Second Ave**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$768,813.36**

**Date(s) debt was incurred  2/23/2012**

**Basis for the claim:**  Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Bloom Insurance Agency, LLC**
**1801 South Liberty Drive**
**Suite 200**
**Bloomington, IN 47403**

☐ Contingent
☐ Unliquidated
■ Disputed

**$48,717.79**

**Date(s) debt was incurred** _

**Basis for the claim:**  trade debt - insurance call center

**Last 4 digits of account number  0159**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Box.net**
**900 Jefferson Ave**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$49.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Grandparents.com, Inc.**                                    Case number (if known) _____

Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|------|--------------------------------------------------|------------------|-----------|

**Broome Street Temple**
**430 Broome St.#2**
**Attn: Eddie Stern**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **donation never made**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,054.39 |
|------|--------------------------------------------------|------------------|-----------|

**Brown & Bigelow, Inc.**
**PO Box 1450 NW 8554**
**Minneapolis, MN 55485-8554**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**
**promotional products**
**Invoices 671601, 671598, 672008, 671999, 672488**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|------|--------------------------------------------------|------------------|-----------|

**BSM Media Inc.**
**2335 East Atlantic  Blvd., Suite 300**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2488**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|------|--------------------------------------------------|------------------|-----------|

**Burnham & Securities, Inc.**
**1325 Avenue of the Americas**
**26th Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **brokerage fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|------|--------------------------------------------------|------------------|-----------|

**Causecast Corp.**
**8800 Venice Blvd, Suite 217**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**
**Invoices 1988, 1989**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,250.00 |
|------|--------------------------------------------------|------------------|-----------|

**CBIZ MHM, LLC**
**PO Box 404470**
**Atlanta, GA 30384-4470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **9497**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,064.50 |
|------|--------------------------------------------------|------------------|-----------|

**Ceasar & Smilow LLP**
**60 Cutter Mill Rd # 512**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **accounting services**
**Matter # 11637.001, 11638.001**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Grandparents.com, Inc.**

Name

Case number (if known) _____

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,552.66 |
|---|---|---|---|

**Claritas**
53 Brown Rd
Ithaca, NY 14850

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1121**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clement S. Dwyer, Jr.**
c/o Snow Squall LLC
155 Fleet St.
Portsmouth, NH 03801

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Indemnification Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,250.00 |
|---|---|---|---|

**Clement S. Dwyer, Jr.**
155 Fleet St
Portsmouth, NH 03801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **board fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.75 |
|---|---|---|---|

**Cloud9**
8080 Dagget St
Ste 220
San Diego, CA 92111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Complete Call Solutions**
5332 S. 138th Street #305
Omaha, NE 68137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **call center**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Computershare, Inc.**
Dept CH 19228
Palatine, IL 60055-9228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **5394**

Basis for the claim:  **transfer agent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.26 |
|---|---|---|---|

**Corporate Coffee Systems**
745 Summa Ave
Westbury, NY 11590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Grandparents.com, Inc.**                                    Case number (if known) _____
_____
Name

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,507.25** |
|---|---|---|---|

**CotterWeb Enterprises, Inc.**
**1295 Northland Drive, Suite 300**
**Saint Paul, MN 55120**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __trade debt__
__Invoices 6819, 6951, 7205, 7106, 7400__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$182.16** |
|---|---|---|---|

**Digital Ocean**
**101 Avenue of the Americas**
**10th Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,883.00** |
|---|---|---|---|

**DLA Piper LLP**
**1251 Avenue of the Americas**
**27th Floor**
**New York, NY 10020-1104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __legal services__
__Inv 3231937__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$296,519.05** |
|---|---|---|---|

**DMI Partners, Inc.**
**One South Broad St.**
**11th Floor**
**Philadelphia, PA 19107**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __2012__

Last 4 digits of account number __

Basis for the claim:  __co-registration work in 2012/breach of contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,589.61** |
|---|---|---|---|

**Drifter Creative, Inc.**
**39 West 14th Street, Ste #503**
**New York, NY 10011-7403**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __trade debt__
__Invoices GP111200002, GP111200003__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,625.00** |
|---|---|---|---|

**Endai Worldwide, Inc.**
**217 Water Street, Suite 300**
**New York, NY 10038-2105**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __trade debt__
__Invoices 11093, 11218__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$399.00** |
|---|---|---|---|

**Equisolve, LLC**
**2455 E Sunrise Blvd. #1201**
**Fort Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Grandparents.com, Inc.** _____ Case number *(if known)* _____

Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,074.63 |
|---|---|---|---|

**Exact Target**
**Dept CH 17808**
**Palatine, IL 60055-7808**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **trade debt**
**Invoice #3137782, 3137783, 3144676, 3148446**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,363.37 |
|---|---|---|---|

**Experian Marketing Solutions, Inc.**
**22807 Network Place**
**Chicago, IL 60673-1228**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.76 |
|---|---|---|---|

**FedEx**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.97 |
|---|---|---|---|

**Frontier Networks, Inc.**
**530 Kipling Ave**
**Toronto, ON M8Z 5E3**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number  **GRP-US**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Generations United**
**1331 H Street, NW**
**Suite 900**
**Washington, DC 20005-4739**

Date(s) debt was incurred __

Last 4 digits of account number  **29OR**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Sponsorship Award that was never paid**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Georgia State University Foundation**
**P. O. Box 2668**
**Atlanta, GA 30301-2668**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Conference**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**GitHub**
**88 Colin P Kelly Jr St**
**San Francisco, CA 94107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Grandparents.com, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$280.55** |
|---|---|---|---|

**Google**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Grandparents Raising Grandchildren Info**
**Infomation Center of LA**
**PO Box 74267**
**Baton Rouge, LA 70807**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Sponsorship Conference

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,228.75** |
|---|---|---|---|

**HealthDay**
**150 Broadhollow Rd**
**Suite 302**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  3806

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,051.96** |
|---|---|---|---|

**Healthline Networks**
**Accounts Receivable**
**660 Third Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  trade debt
Invoice 1587

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,670.00** |
|---|---|---|---|

**HitWise Pty, Ltd.**
**Attn: Accounts Receivable**
**300 Park Avenue South**
**9th floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0448

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**iab - Interactive Advertising Bureau**
**116 East 27th St 7th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1182

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$739.41** |
|---|---|---|---|

**IESI NY Corporation**
**PO Box 660654**
**Dallas, TX 75266-0654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7994

Basis for the claim:  carting and cleaning company

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Grandparents.com, Inc.**                                   Case number (if known) _____

Name

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Impact Online, Inc.**
**717 California Street**
**2nd Floor**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim:  trade debt

Last 4 digits of account number  **1046**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $79.00 |
|---|---|---|---|

**Inspectlet.com**
**1135 S. Scotland Dr**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  website stock trading

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $68.04 |
|---|---|---|---|

**Inveshare**
**PO BOX 568**
**Alpharetta, GA 30009-0568**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt

Last 4 digits of account number  **6617**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,032.00 |
|---|---|---|---|

**Iron Traffic**
**555 8th Avenue**
**Suite 1903**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt
**Invoices 8430 8618**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James K. O'Brien**
**22 Fernwood Rd**
**West Hartford, CT 06119**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Indemnification Agreement

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,125.00 |
|---|---|---|---|

**James K. O'Brien**
**22 Fernwood Rd**
**West Hartford, CT 06119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  board fees

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,807.20 |
|---|---|---|---|

**Jerry Shereshewsky**
**64 Seventy Acre Rd**
**Redding, CT 06896-2704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  T&E Unreimbursed Expenses

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Grandparents.com, Inc.**

Case number (if known) _____

Name

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,982.36** |
|---|---|---|---|

**Joel Ben Izzy**
**1713 La Loma Avenue**
**Berkeley, CA 94709**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **T&E Unreimbursed Expenses**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,875.00** |
|---|---|---|---|

**JSK Partnership LLC**
**1691 Michigan Avenue**
**Ste 445**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **interest payment**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$537.72** |
|---|---|---|---|

**Konica Minolta**
**USA Inc.**
**Dept At 952823**
**Atlanta, GA 31192-2823**

Date(s) debt was incurred _

Last 4 digits of account number  **6212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **copier lease**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,250.00** |
|---|---|---|---|

**Lee Lazarus**
**301 East 79th St, #36B**
**New York, NY 10075**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **board fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Lee Lazarus**
**301 East 79th St, #36B**
**New York, NY 10075**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Indemnification Agreement**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.01** |
|---|---|---|---|

**Legacy.com**
**820 Davis Street, Suite 210**
**Evanston, IL 60201**

Date(s) debt was incurred _

Last 4 digits of account number  **0310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,622.00** |
|---|---|---|---|

**Limelight Networks, Inc.**
**2220 West 14th Street**
**Tempe, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**
**Invoices 136357, 139261**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Grandparents.com, Inc.**

Case number (if known) _____

Name

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$825.00** |
|---|---|---|---|

**Lippes Mathias Wexler Friedman LLP**
**50 Fountain Plaza #1700**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **legal services**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,622.90** |
|---|---|---|---|

**Lockhard & Wechsler, Inc.**
**2 Bridge Street, Suite 200**
**Irvington, NY 10533**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **direct marketing**
**Invoices 9333, 9234, 9148, 9143**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,124.83** |
|---|---|---|---|

**Louis Karol**
**c/o Karol & Sosnik**
**521 RXR Plaza**
**East Tower, Suite 521**
**Uniondale, NY 11556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **board fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Louis Karol**
**c/o Karol & Sosnik**
**521 RXR Plaza**
**East Tower, Suite 521**
**Uniondale, NY 11556**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Indemnification Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,500.00** |
|---|---|---|---|

**Lynn Wunderman**
**94 Mercer Avenue**
**Hartsdale, NY 10530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**
**Inv 1039**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$895.00** |
|---|---|---|---|

**M & K Sales**
**10 Woodcroft Place**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**
**Inv 6331**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$191.11** |
|---|---|---|---|

**Mailfinance**
**Dept 3682**
**PO Box 123682**
**Dallas, TX 75312-3682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **lease of postage machine**

Last 4 digits of account number  **7667**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Grandparents.com, Inc.**
Name

Case number (if known) _____

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,045.90** |
|---|---|---|---|

**Marketing Technology Solutions, Inc.**
PO Box 200375
Pittsburgh, PA 15251-0375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __trade debt__
__Invoices 10073, 9929, 9826, 9663, 9594__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,465.80** |
|---|---|---|---|

**Markham Unlimited, Inc.**
220 Mircle Mile Ste 238
Coral Gables, FL 33134

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __trade debt__
__Invoices 10350, 10342, 10196__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Mary Furlong & Assoc.**
3527 Mt Diablo Blvd #128
Lafayette, CA 94549

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __trade debt__
__Invoice 297 - conference__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$316,918.24** |
|---|---|---|---|

**Meadows Capital LLC**
100 Quentin Roosevelt Blvd.
Garden City, NY 11530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/23/2012__

Last 4 digits of account number __

Basis for the claim:  __Promissory Note__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,552.00** |
|---|---|---|---|

**MediaWhiz Holdings, LLC**
75 Broad Street, 23rd Floor
New York, NY 10004

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __trade debt__
__MWCOINV00321__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mel Harris**
c/o Preferred Employers Group
10800 Biscayne Blvd.
Ste 750
Miami, FL 33161

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Indemnification Agreement__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,847.25** |
|---|---|---|---|

**Middleberg Communications, LLC**
 317 Madison Ave # 1500
New York, NY 10017

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  __1008__

Basis for the claim:  __trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Grandparents.com, Inc.**
     Name

Case number *(if known)* _____

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $294,379.31 |
|---|---|---|---|

**Mintz, Levin, Cohn, Ferris, Glovsky**
**666 Third Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **legal services**

Last 4 digits of account number  **6198**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,051.00 |
|---|---|---|---|

**Mochila, Inc.**
**100 Church Street, 7th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**
**Invoice 10323**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,840.56 |
|---|---|---|---|

**Mypoints.com, Inc.**
**P.O. Box 200333**
**Pittsburgh, PA 15251-0333**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**

Last 4 digits of account number  **9151**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

**NRAI Corporate Services**
**PO Box 4349**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**

Last 4 digits of account number  **3076**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**NY Focus Network**
**317 Madison Avenue, 20th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**

Last 4 digits of account number  **4431**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,870.05 |
|---|---|---|---|

**Olshan Frome Wolosky LLP**
**1325 Avenue of the Americas**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **legal services**

Last 4 digits of account number  **9400**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**OTC Markets Group**
**304 Hudson Street 2nd Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Exchange registration fee for 2017**

Last 4 digits of account number  **2831**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Grandparents.com, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,618.99** |
|---|---|---|---|

**Pacific Biomarkers**
**220 W. Harrison Street**
**Seattle, WA 98119**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,552.00** |
|---|---|---|---|

**Paris Investments Ltd**
**12 Pembridge Square Flat 3**
**London W2 4EH**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **interest payment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249.00** |
|---|---|---|---|

**PR Newswire**
**602 Haborside Financial Center**
**Plaza 3 - 6th Floor**
**Jersey City, NJ 07311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **0713**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105.00** |
|---|---|---|---|

**Precise Leads Inc.**
**11 Times Square**
**10th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**
**Inv # GP013117**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,950.00** |
|---|---|---|---|

**Prospectiv Direct, Inc.**
**PO Box 845554**
**Boston, MA 02284-5554**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**
**Inv 14253, 14190, 13994**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,183.05** |
|---|---|---|---|

**Publishers Clearing House**
**PO Box 27746**
**Newark, NJ 07101-7746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **0051**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,468.23** |
|---|---|---|---|

**Rackspace**
**P.O. Box 730759**
**Dallas, TX 75373-0759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Grandparents.com, Inc.**                                    Case number *(if known)* _____

Name

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,825.00** |
|---|---|---|---|

**RealTIME Media, Inc.**
**132 W. 31st Street**
**9th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** trade debt

Last 4 digits of account number  **2889**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Ritchie Tye Consulting, Inc.**
**584 Broadway**
**Suite 306**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** trade debt

Last 4 digits of account number  **3009**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51,208.29** |
|---|---|---|---|

**Robert Cohen**
**The Cohen Group**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** board fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Cohen**
**The Cohen Group**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Indemnification Agreement

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,458.27** |
|---|---|---|---|

**Sara E. Breslau**
**535 West 110th St #71**
**#71**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Severance per Executive Employment Agreement

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,644.01** |
|---|---|---|---|

**ShoreTel Inc.**
**28760 Network Place**
**Chicago, IL 60673-1287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** telephone

Last 4 digits of account number  **1844**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,163.00** |
|---|---|---|---|

**Sills Cummins & Gross P.C.**
**One Riverfront Plaza**
**The Legal Center**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** legal services

Last 4 digits of account number  **0047**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Grandparents.com, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,027.06 |
|---|---|---|---|

**Silver Pop Systems, Inc.**
**PO Box 536747**
**Atlanta, GA 30353-6747**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **trade debt**
**Invoices 512211, 510085, 509026, 511668**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,193.15 |
|---|---|---|---|

**SilverCarrot, Inc.**
**505 Park Avenue, 6th Floor**
**New York, NY 10022**

Date(s) debt was incurred __
Last 4 digits of account number  **4239**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,011.44 |
|---|---|---|---|

**Simmons Market Research Bureau, Inc.**
**21221 Network Place**
**Chicago, IL 60673-1212**

Date(s) debt was incurred __
Last 4 digits of account number  **3010**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,500.00 |
|---|---|---|---|

**SJO Worldwide LLC**
**710 NE 3rd Ave**
**Delray Beach, FL 33444**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **advisory fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 |
|---|---|---|---|

**Sprout Social**
**131 S Dearborn**
**10th Floor**
**Chicago, IL 60603**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,562.50 |
|---|---|---|---|

**SQP Limited**
**100 George Street**
**London  W1U 8NU**
**ENGLAND**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **interest payment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $489.05 |
|---|---|---|---|

**Staples Advantage**
**Dept NY**
**PO Box 415256**
**Boston, MA 02241-5256**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Grandparents.com, Inc.**                                    Case number (if known) _____

_____
Name

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $640,000.00 |

**Starr Indemnity & Liability Company**
**399 Park Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Consulting Agreement**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |

**Stephen Cone**
**420 7th St NW Apt 1018**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Consultant fees**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,306.64 |

**Steven E. Leber**
**UPS store 0647**
**PO BOX 134**
**1773A Second Ave**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/23/2012**

Basis for the claim:  **Amended and Restated Negotiable Promissory Note dated 2/23/2012 and Amendment and Subordination Agreement (Negotiable Promissory Note) dated 9/15/2016**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Steven E. Leber**
**UPS Store 0647**
**PO BOX 134**
**1773A Second Ave**
**New York, NY 10065**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Indemnification Agreement**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,195.15 |

**Table Rock Productions, Inc.**
**269 S. Beverly Drive, #486**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Reimbursement of Expenses**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,812.50 |

**The Mel Harris Declaration Trust**
**10800 Biscayne Blvd, Ste 750**
**Miami, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **interest payment**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,125.00 |

**The Thomas K Ireland Revocable Trust**
**12000 Biscayne Blvd PH810**
**Miami, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **interest payment**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Grandparents.com, Inc.** _____ Case number *(if known)* _____
       Name

| | | |
|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,125.00** |

---

| 3.117 | **Nonpriority creditor's name and mailing address**<br>**Thomas C. Moore PC**<br>**63 White Plains Road**<br>**Bronxville, NY 10708**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **legal services**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$43,125.00** |
| 3.118 | **Nonpriority creditor's name and mailing address**<br>**Tiburon Media Group, LLC**<br>**39 Main St**<br>**Belvedere Tiburon, CA 94920**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br>**Inv 5818, 5861**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$23,944.95** |
| 3.119 | **Nonpriority creditor's name and mailing address**<br>**Tower 39 Associates LLC**<br>**c/o Newmark & Co. Real Estate**<br>**125 Park Ave**<br>**New York, NY 10017**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number  **5888** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **back rent (March and April 2017) and attorneys' fees**<br>**and other costs**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$42,481.45** |
| 3.120 | **Nonpriority creditor's name and mailing address**<br>**Treehouse Media Services, Inc.**<br>**1501 Broadway Ste 900**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim:  **trade debt**<br>**Inv 170526, 169588, 171680, 171907**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$4,562.32** |
| 3.121 | **Nonpriority creditor's name and mailing address**<br>**Triple Shot LLC**<br>**1000 Elm Ridge Dr**<br>**Attn: Jonathan Reinsdorf**<br>**Glencoe, IL 60022-0396**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim:  **website development**<br>**Inv 1831-B, 1832**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$18,330.00** |
| 3.122 | **Nonpriority creditor's name and mailing address**<br>**Uclick**<br>**4520 Main Street**<br>**Ste 500**<br>**Kansas City, MO 64111-7700**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim:  **trade debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$9,756.00** |
| 3.123 | **Nonpriority creditor's name and mailing address**<br>**Unique Bldg Maint Service**<br>**353 West 39th St., St 303**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **trade debt**<br>**Inv 18045**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$2,595.10** |

Debtor **Grandparents.com, Inc.** _____   Case number (if known) _____
       Name

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137,500.00** |
|---|---|---|---|

**Vanbridge LLC**
**Bank of America Lockbox**
**PO Box 416103**
**Boston, MA 02241-6103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Consulting Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,653.54** |
|---|---|---|---|

**Vantiv, Inc.**
**PO Box 630455**
**Cincinnati, OH 45263-0455**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Contractual Payment**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$609.74** |
|---|---|---|---|

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt telephone**

Last 4 digits of account number  **1215**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,508.00** |
|---|---|---|---|

**Vintage Filings**
**PO Box 30719**
**New York, NY 10087-0719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt Edgarizing (XPRL) service provider Inv 1-435459, 1-432811, 1-433888**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.99** |
|---|---|---|---|

**WB Mason Co Inc.**
**59 Centre St**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,827.22** |
|---|---|---|---|

**Willkie Farr & Gallagher LLP**
**787 Seventh Avenue**
**New York, NY 10019-6099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **legal services**

Last 4 digits of account number  **5127,1968**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,177.50** |
|---|---|---|---|

**Xaxis**
**31 Penn Plaza**
**132 West 31st Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**

Last 4 digits of account number  **0034**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

Debtor    **Grandparents.com, Inc.**                                    Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brett N. Benton, Esq.**<br>**Richard M. Ochroch & Associates**<br>**318 South 16th St.**<br>**Philadelphia, PA 19102** | Line __3.36__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Hertz Cherson & Rosenthal PC**<br>**118-35 Queens Blvd, 9th Fl**<br>**Forest Hills, NY 11375** | Line __3.119__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Peter D. Deutsch, LLC**<br>**708 Third Ave, 6th FL**<br>**Attn. Peter D. Deutsch**<br>**New York, NY 10017** | Line __3.100__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **SKO Brenner American**<br>**PO Box 9320**<br>**Baldwin, NY 11510** | Line __3.127__<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **3,650,444.91** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **3,650,444.91** |

**Fill in this information to identify the case:**

Debtor name    **Grandparents.com, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Client Account Agreement and Authorization to Credit/Debit - Payroll Processing** | |
| State the term remaining | **ADP LLC** |
| List the contract number of any government contract | **135 West 18th Street** **New York, NY 10011** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **ALIC-Grandparents Program Agreement Gives the Debtor the right to sell a group rate Medicare Supplement policy dated as of October 9, 2013** | |
| State the term remaining — **10/19/2018** | **Aetna Senior Supplemental Insurance** **800 Cresecent Centre Dr** **Attn. Legal Dept.** **Franklin, TN 37067** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **AppNexus Resources** |
| List the contract number of any government contract | **28 West 23rd, 4th Floor** **New York, NY 10010** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Balsamiq Studios, LLC** **PO Box 1138** |
| List the contract number of any | **Sacramento, CA 95812** |

Debtor 1  **Grandparents.com, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Marketing Agreement  dated August 15, 2016 Bask provides free tech support to AGA members** | |
| | State the term remaining | **8/15/2018** | |
| | List the contract number of any government contract | | **Bask Technology, Inc. 2500 Executive Pkwy #150 Lehi, UT 84043** |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Retirement Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bernstein-Nasser Investments, LLC 6663 Casa Grande Way Delray Beach, FL 33446** |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Medicare Supplement Call Center Marketing Pilot Letter of Agreement** | |
| | State the term remaining | **12/5/2016** | **Bloom Insurance Agency, LLC 1801 South Liberty Drive Suite 200 Bloomington, IN 47403** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Benefit Provider to AGA Membership** | |
| | State the term remaining | | **Caring, Inc. 2600 South El Camino Real, Suite 300 San Mateo, CA 94403** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Cloudnine Agreement Virtual server - third party hosting and software for website** | |
| | State the term remaining | **12/11/2017** | **Cloudnine Real Time 8080 Dagget, Suite 2200 San Diego, CA 92111** |
| | List the contract number of any government contract | | |

Debtor 1  **Grandparents.com, Inc.**                                    Case number *(if known)* _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Complete Call Solutions Service Agreement** call center support services | |
|---|---|---|---|
| | State the term remaining | | **Complete Call Solutions** c/o Legal Dept. 10840 Emmet St Omaha, NE 68164 |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Corporate Coffee System** 745 Summa Ave Westbury, NY 11590 |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Production and Broadcasting of the Company's 'Feel Grand' TV Series** | |
|---|---|---|---|
| | State the term remaining | | **Detroit Educational Television Foundatio** Riley Broadcast Center 1 Clover Court Wixom, MI 48393 |
| | List the contract number of any government contract | **DPTV 4-7-15** | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Production and Broadcasting of the Company's 'Feel Grand' TV Series** | |
|---|---|---|---|
| | State the term remaining | | **Detroit Educational Television Foundatio** Riley Broadcast Center 1 Clover Court Wixom, MI 48393 |
| | List the contract number of any government contract | **DPTV 4-30-14** | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Digital Ocean** 101 Avenue of the Americas 10th Floor New York, NY 10013 |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement dated 4/10/2017** | |
|---|---|---|---|
| | State the term remaining | | **Elena M. Fries** 49 Wexford La Oceanside, NY 11572 |

Debtor 1  **Grandparents.com, Inc.**                                        Case number *(if known)* _____

    First Name             Middle Name           Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement dated 4/10/2017** | |
|---|---|---|---|
| | State the term remaining | | **Elle D. Monah** |
| | List the contract number of any government contract _____ | | **271 N. Long Beach Rd Oceanside, NY 11572** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **IR website management** | |
|---|---|---|---|
| | State the term remaining | **automatic renewal for one year terms** | **Equisolve, LLC** |
| | List the contract number of any government contract _____ | | **2455 E Sunrise Blvd. #1201 Fort Lauderdale, FL 33304** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Issuer of Debtor and American Grandparents Association LLC telephone number** | |
|---|---|---|---|
| | State the term remaining | | **Frontier Networks, Inc.** |
| | List the contract number of any government contract _____ | | **530 Kipling Ave Toronto, ON M8Z 5E3 CANADA** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Git Hub** |
| | List the contract number of any government contract _____ | | **88 Colin P Kelly Jr Street San Francisco, CA 94107** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Go Daddy** |
| | List the contract number of any government contract _____ | | **14455 N. Hayden Rd. Ste 219 Scottsdale, AZ 85260** |

Debtor 1   **Grandparents.com, Inc.**

First Name          Middle Name          Last Name          Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining

   List the contract number of any government contract

**Google**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Agreement for Connecticut agent engaged to provide medicare seminars at Webster Bank branches.**

   State the term remaining — **5/30/2017**

   List the contract number of any government contract

**Grove Street Financial, LLC**
**2319 Whitney Ave**
**Hamden, CT 06518**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Business Lease Agreement**

   State the term remaining

   List the contract number of any government contract — **535098504441883USA1**

**Hewlett Packard Enterprise**
**200 Connell Dr**
**Suite 5000**
**Berkeley Heights, NJ 07922**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **creative content/video**

   State the term remaining

   List the contract number of any government contract

**Hiccup NY**
**989 6th Ave, 17th FL**
**New York, NY 10018**

---

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Marketing Partnership Agreement dated August 27, 2015**

   State the term remaining — **8/27/2020**

   List the contract number of any government contract

**HM 2015 LLC**
**1601 Forum Place, Suite 500**
**West Palm Beach, FL 33401**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Provides free birthday deals to AGA members**

   State the term remaining

**Huledet**
**201 E 79th St.**
**New York, NY 10075**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Grandparents.com, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

---

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Carting and Waste Management** | |
| | State the term remaining | **12/31/2011** | **IESI NY Corp** |
| | List the contract number of any government contract | | **99 Wood Ave South**<br>**Suite 1001**<br>**Iselin, NJ 08830** |

---

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **website stock trading** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Inspectlet**<br>**1135 Scotland Dr**<br>**Cupertino, CA 95014** |

---

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Invision Power Service** |
| | List the contract number of any government contract | | **PO Box 2365**<br>**Forest, VA 24551** |

---

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Web Property Agreement Direct Media Sales Representation** | |
| | State the term remaining | | **Iverson Media and Communications LLC** |
| | List the contract number of any government contract | | **PO Box 142**<br>**Harvard, MA 01451** |

---

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement dated 4/10/2017** | |
| | State the term remaining | | **Jessica Dysart** |
| | List the contract number of any government contract | | **580 Lamoka Ave**<br>**Staten Island, NY 10312** |

---

Debtor 1  **Grandparents.com, Inc.**                                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Consulting Services Agreement dated 7/21/2016**

State the term remaining

List the contract number of any government contract

**John Sweeney**
**19 Lawson Lane**
**Ridgefield, CT 06877**

---

**2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Maintenance Agreement for BIZHUB C308 copier/printer**

State the term remaining   **5/31/2021**

List the contract number of any government contract   **0004236212**

**Konica Minolta**
**100 Williams Dr**
**Ramsey, NJ 07446**

---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Executive Employment Agreement dated December 9, 2013, Amendment dated September 15, 2016, and Amendment dated April 14, 2017**

State the term remaining

List the contract number of any government contract

**Lee Lazarus**
**301 East 79th St, #36B**
**New York, NY 10075**

---

**2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Letter Agreement for payment of accrued but unpaid board fees.**

State the term remaining

List the contract number of any government contract

**Louis Karol**
**c/o Karol & Sosnik**
**521 RXR Plaza**
**East Tower, Suite 521**
**Uniondale, NY 11556**

---

**2.36.** State what the contract or lease is for and the nature of the debtor's interest — **email of newsletters**

State the term remaining

List the contract number of any government contract

**Mailchimp**
**675 Ponce de Leon Ave NE**
**Suite 5000**
**Atlanta, GA 30308**

---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Stamp machine Rental**

**MailFinance**
**25881 Network Pl**
**Chicago, IL 60673**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Grandparents.com, Inc.**

First Name        Middle Name        Last Name                    Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated April 7, 2016 for Medicare insurance distribution to middle market companies.** | |
|---|---|---|---|
| | State the term remaining | **4/7/2021** | **Marsh & McLennan Agency LLC** |
| | List the contract number of any government contract | | **360 Hamilton Ave** **Suite 930** **White Plains, NY 10601** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **website domain** | |
|---|---|---|---|
| | State the term remaining | | **Namecheap** |
| | List the contract number of any government contract | | **4600 East Washington St** **Suite 305** **Phoenix, AZ 85034** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **stamp machine funds** | |
|---|---|---|---|
| | State the term remaining | | **Neopost** |
| | List the contract number of any government contract | | **PO Box 30193** **Tampa, FL 33630** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **12 month membership fee for distribution services.** | |
|---|---|---|---|
| | State the term remaining | **2/25/2018** | **PR Newswire Association LLC** |
| | List the contract number of any government contract | | **602 Haborside Financial Center** **Plaza 3 - 6th Floor** **Jersey City, NJ 07311** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **website** | |
|---|---|---|---|
| | State the term remaining | | **Rackspace** |
| | List the contract number of any government contract | | **PO Box 730759** **Dallas, TX 75373-0759** |

Debtor 1  **Grandparents.com, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.43.** State what the contract or lease is for and the nature of the debtor's interest

**Settlement and Release Agreement**

State the term remaining

List the contract number of any government contract

**Riaz Latifullah**
**4920 30th Street NW**
**Washington, DC 20008**

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest

**Letter Agreement for payment of accrued but unpaid board fees.**

State the term remaining

List the contract number of any government contract

**Robert Cohen**
**The Cohen Group**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**

---

**2.45.** State what the contract or lease is for and the nature of the debtor's interest

**Contract dated 9/1/2013 for telephone system**

State the term remaining    **9/1/2014**

List the contract number of any government contract

**ShoreTel Inc.**
**28760 Network Place**
**Chicago, IL 60673-1287**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest

**Standard License Custom Agreement dated 8/24/2012 for website stock phots**

State the term remaining

List the contract number of any government contract

**Shutterstock Inc.**
**350 5th Ave 21st Floor**
**New York, NY 10118**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest

**Side Letter**

State the term remaining

List the contract number of any government contract

**SJO Worldwide LLC**
**710 NE 3rd Ave**
**Delray Beach, FL 33444**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest

**supplies**

State the term remaining

List the contract number of any

**Staples Advantage**
**Dept NY**
**PO Box 415256**
**Boston, MA 02241-5256**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Grandparents.com, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Contact Statement of Work dated 5/2/2016 for website development** | |
|---|---|---|---|
| | State the term remaining | | **Steeletype LLC** |
| | List the contract number of any government contract | | **411 Walnut St** |
| | | | **Greenfield, IN 46140** |

---

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated March 22, 2016 for licensed content for website** | |
|---|---|---|---|
| | State the term remaining | | **The HealthDay News Service** |
| | List the contract number of any government contract | | **83 East Ave** |
| | | | **Ste 210** |
| | | | **Norwalk, CT 06851** |

---

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated March 7, 2017 for Restructuring and Bankrutpcy Services** | |
|---|---|---|---|
| | State the term remaining | | **The Rising Group Consulting Inc.** |
| | List the contract number of any government contract | | **606 Post Rd E** |
| | | | **Westport, CT 06880** |

---

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement of Lease dated 9/23/2010 for the premises located at 589 Eighth Avenue, 6th Floor, New York, NY 10018 and Assignment, Assumption of Lease Agrement dated 2/23/2012, and First Amendment of Lease dated 10/26/2015** | |
|---|---|---|---|
| | State the term remaining | **9/30/2018** | **Tower 39 Associates LLC** |
| | List the contract number of any government contract | | **c/o Newmark & Co. Real Estate** |
| | | | **125 Park Ave** |
| | | | **New York, NY 10017** |

---

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated June 30, 2015 for introductory services for Medicare Supplement** | |
|---|---|---|---|
| | State the term remaining | **6/30/2018** | **Vanbridge LLC** |
| | | | **Bank of America Lockbox** |
| | | | **PO Box 416103** |
| | | | **Boston, MA 02241-6103** |

---

Debtor 1  **Grandparents.com, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

---

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Edgar Filings and Related Services dated 5/14/2014 | |
|---|---|---|---|
| | State the term remaining | | **Vintage Filings** |
| | | | **PO Box 416103** |
| | List the contract number of any government contract | | **Suite 300** |
| | | | **New York, NY 10087-0719** |

---

**Fill in this information to identify the case:**

Debtor name __**Grandparents.com, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Grand Card LLC** | **10800 Biscayne Blvd.**<br>**Suite 750**<br>**Miami, FL 33161** | **VB Funding, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Grandparents.com, Inc.** | **589 8th Ave.**<br>**6th Floor**<br>**New York, NY 10018** | **VB Funding, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Grandparents.com, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other **subscription ad sales and revenue** | **$41,819.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other **subscription ad sales and revenue** | **$297,648.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other **subscription ad sales and revenue** | **$629,161.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Grandparents.com, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Robert Cohen**<br>**The Cohen Group**<br>**100 Quentin Roosevelt Blvd**<br>**Garden City, NY 11530** | 1/19/2017 | $51,208.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2.  **Capital One Venture**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0287** | 1/26/2017<br>2/27/2017<br>2/28/2017<br>3/6/2017 | $32,601.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **credit card** |
| 3.3.  **American Express #2008**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | 1/26/2017 | $7,280.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **credit card** |
| 3.4.  **Access**<br>**1012 W. Beardsley Place**<br>**Salt Lake City, UT 84119** | 1/26/2017 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Tower 39 Associates LLC**<br>**c/o Newmark & Co. Real Estate**<br>**125 Park Ave**<br>**New York, NY 10017** | 2/15/2017 | $20,044.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **rental payment** |
| 3.6.  **Akerman LLP**<br>**401 East Jackson St**<br>**Suite 1700**<br>**Tampa, FL 33602** | 2/28/2017 | $350,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **legal services** |
| 3.7.  **Eisner Amper LLP**<br>**750 Third Ave**<br>**New York, NY 10017** | 4/3/2017 | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **accounting services** |
| 3.8.  **Riaz Latifullah**<br>**4920 30th Street NW**<br>**Washington, DC 20008** | 3/20/2017 | $40,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **settlement payment** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Grandparents.com, Inc.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9.  **Peter Stubenvoll, CPA**<br>**3105 Equestrian Dr**<br>**Boca Raton, FL 33434** | 1/27/2017<br>$4,080<br>2/15/2017<br>$4,200<br>3/13/2017<br>$2,220<br>3/22/2017<br>$2,460<br>4/5/2017<br>$2,280 | $15,240.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **accounting services** |
| 3.10.  **Sweeney Legal LLC**<br>**19 Lawson Lane**<br>**Ridgefield, CT 06877** | 1/27/2017<br>$18,000<br>2/28/2017<br>$15,000 | $33,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **legal services** |
| 3.11.  **The Rising Group Consulting Inc.**<br>**606 Post Rd E**<br>**Westport, CT 06880** | 3/9/2017<br>$50,000<br>4/5/2017<br>$40,568.29<br>4/13/2017<br>$43,441.20 | $134,009.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Chief Restructuring Officer** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Robert Cohen**<br>**The Cohen Group**<br>**100 Quentin Roosevelt Blvd**<br>**Garden City, NY 11530**<br>**Former Director** | 12/21/2016 | $58,708.30 | **director compensation** |
| 4.2.  **Louis Karol**<br>**c/o Karol & Sosnik**<br>**521 RXR Plaza**<br>**East Tower, Suite 521**<br>**Uniondale, NY 11556**<br>**Former Director** | 12/21/2016 | $28,124.83 | **director compensation** |
| 4.3.  **Steven E. Leber**<br>**UPS Store 0647**<br>**PO BOX 134**<br>**1773A Second Ave**<br>**New York, NY 10065** | | $224,980.37 | **expense reimbursement** |
| 4.4.  **Mel Harris**<br>**10800 Biscayne Blvd**<br>**Suite 750**<br>**Miami, FL 33161** | | $59,057.71 | **administrative fee expenses** |

Debtor    **Grandparents.com, Inc.**                                    Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5.  **The Rising Group Consulting Inc.**<br>**606 Post Rd E**<br>**Westport, CT 06880**<br>**Chief Restructuring Officer** | 3/10/2017<br>$50,000<br>4/5/2017<br>$40,568.29<br>4/13/2017<br>$43,441.20 | $134,009.49 | **Restructuring Advisory fees** |

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Riaz Latifullah v.**<br>**Grandparents.com, Inc.**<br>**01-16-0005-0599** | **Dismissed by the parties.** | **American Arbitration Association**<br>**P.O. Box 14249**<br>**East Providence, RI 02914** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.  **DMI Partners, Inc. v.**<br>**Grandparents.com, Inc.**<br>**160500593** | **Breach of Contract** | **Court of Common Pleas,**<br>**Philadelphia, PA**<br>**Complex Litigation Center**<br>**Room 622 City Hall**<br>**Philadelphia, PA 19107** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Riaz Latifullah v.**<br>**Grandparents.com, Inc.**<br>**(OSHA)**<br>**2-4173-16-047** | **OSHA Complaint** | **United States Department of Labor**<br>**Ms. Aisha Ferrell-Jennings**<br>**Occupational Safety and Health Administr**<br>**201 Varick Street, Room 670**<br>**New York, NY 10014** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Grandparents.com, Inc.** | | Case number *(if known)* | |

■ None

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **New Alternative for New York**<br>**410 W 40th S**<br>**New York, NY 10018** | **donation** | **9/27/2016** | **$2,000.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **UNICEF**<br>**125 Maiden Ln, 11th Floor**<br>**New York, NY 10038** | **donation** | **11/12/2015** | **$10,000.00** |
| | Recipients relationship to debtor | | | |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Akerman LLP**<br>**401 East Jackson St**<br>**Suite 1700**<br>**Tampa, FL 33602** | | **3/1/2017** | **$350,000.00** |
| | Email or website address<br>**steven.wirth@akerman.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor  **Grandparents.com, Inc.**                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **The Rising Group Consulting Inc.** **606 Post Rd E** **Westport, CT 06880** | | **3/10/2017** | **$50,000.00** |
| | Email or website address jrizack@therisinggroup.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **The Rising Group Consulting Inc.** **606 Post Rd E** **Westport, CT 06880** | | **4/5/2017** | **$40,568.29** |
| | Email or website address jrizack@therisinggroup.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **The Rising Group Consulting Inc.** **606 Post Rd E** **Westport, CT 06880** | | **4/13/2017** | **$43,441.20** |
| | Email or website address jrizack@therisinggroup.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Grandparents.com, Inc.**                                      Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|----------------------------------------------------------------------------|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐  No.
    ■  Yes. State the nature of the information collected and retained.

    **full name**
    **email address**
    **date of birth**
    **mailing address**
    **credit card information**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■  No. Go to Part 10.
    ☐  Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Grandparents.com, Inc.** _____    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    **Grandparents.com, Inc.**                                      Case number *(if known)*

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Grandparents Insurance Solutions LLC**<br>10800 Biscayne Blvd<br>Suite 750<br>Miami, FL 33161 | | EIN:    46-1140707<br><br>From-To |
| 25.2.  **Grand Card LLC**<br>10800 Biscayne Blvd.<br>Suite 750<br>Miami, FL 33161 | | EIN:    46-1133030<br><br>From-To |
| 25.3.  **American Grandparents Assocation LLC**<br>10800 Biscayne Blvd.<br>Suite 750<br>Miami, FL 33161 | | EIN:    46-4298214<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **EisnerAmper LLP**<br>750 Third Ave<br>New York, NY 10017 | **2014-current** |
| 26a.2.  **Elena Fries**<br>49 Wexford La<br>Oceanside, NY 11572 | **12/2015-current** |
| 26a.3.  **Riaz Latifullah**<br>4920 30th Street NW<br>Washington, DC 20008 | **7/2014-12/2015** |
| 26a.4.  **Matthew Schwartz**<br>100 West 26th St #21E<br>New York, NY 10001 | **2012-9/2015** |
| 26a.5.  **Peter Stubenvoll**<br>3105 Equestrian Dr<br>Boca Raton, FL 33434 | **2013-current** |
| 26a.6.  **John Sweeney**<br>19 Lawson Lane<br>Ridgefield, CT 06877 | **9/2015-3/2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Grandparents.com, Inc.**                                    Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Grandparents.com, Inc.**<br>**589 8th Ave.**<br>**6th Floor**<br>**New York, NY 10018** | |
| 26c.2.   **The Rising Group Consulting Inc.**<br>**606 Post Rd E**<br>**Westport, CT 06880** | |
| 26c.3.   **EisnerAmper LLP**<br>**750 Third Ave**<br>**New York, NY 10017** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **VB Funding, LLC**<br>**190 Farmington Ave**<br>**Farmington, CT 06032** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lee Lazarus | 301 East 79th St, #36B<br>New York, NY 10075 | Chief Operating Officer | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Foote | 147 Willow St<br>Brooklyn, NY 11201 | Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Clement S. Dwyer, Jr. | 155 Fleet St<br>Portsmouth, NH 03801 | Chairman of the Board | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James K. O'Brien | 22 Fernwood Rd<br>West Hartford, CT 06119 | Director | 0% |

Debtor    Grandparents.com, Inc.                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| VB Funding, LLC | 190 Farmington Ave<br>Farmington, CT 06032 | controlling shareholder | 44.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Joshua Rizack | The Rising Group Consulting Inc.<br>606 Post Rd E<br>Westport, CT 06880 | Chief Restructuring Officer | 0% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Robert Cohen | The Cohen Group<br>100 Quentin Roosevelt Blvd<br>Garden City, NY 11530 | Former Director | Resigned 12/21/2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Mel Harris | 10800 Biscayne Blvd.<br>Suite 750<br>Miami, FL 33161 | Former Director | Resigned 12/21/2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Louis Karol | c/o Karol & Sosnik<br>521 RXR Plaza<br>East Tower, Suite 521<br>Uniondale, NY 11556 | Former Director | Resigned 12/21/2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Veronica Alvarez Dowling | 1185 Avenue of the Americas<br>32nd Floor<br>New York, NY 10036 | Former Director | Resigned 2/14/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Sara E. Breslau | 535 West 110th St<br>#71<br>New York, NY 10025 | Former Senior Vice President and Editor-in-Chief | 4/3/2012-3/20/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Steven E. Leber | UPS Store 0647<br>PO BOX 134<br>1773A Second Ave<br>New York, NY 10065 | Former Chief Executive Officer and Director | 2012-4/14/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Lee Lazarus | 301 East 79th St, #36B<br>New York, NY 10075 | Former Director | 5/2013- 4/14/2017 |

Debtor    **Grandparents.com, Inc.**                                    Case number *(if known)*

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐  No
    ■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Steven E. Leber**<br>**UPS Store 0647**<br>**PO BOX 134**<br>**1773A Second Ave**<br>**New York, NY 10065** | **$315,000** | **2016** | **Salary** |
| | **Relationship to debtor**<br>**Chief Executive Officer and Chairman** | | | |
| 30.2 | **Lee Lazarus**<br>**301 East 79th St, #36B**<br>**New York, NY 10075** | **$248,768** | **2016** | **Salary** |
| | **Relationship to debtor**<br>**Chief Operating Officer** | | | |
| 30.3 | **Sara E. Breslau**<br>**535 West 110th St #71**<br>**#71**<br>**New York, NY 10025** | **$200,000** | **2016** | **Salary** |
| | **Relationship to debtor**<br>**Senior Vice President and Editor-in-Chief** | | | |
| 30.4 | **Mel Harris**<br>**10800 Biscayne Blvd.**<br>**Suite 750**<br>**Miami, FL 33161** | **$50,000.00** | | **administrative fee expenses** |
| | **Relationship to debtor** | | | |
| 30.5 | **Robert Cohen**<br>**The Cohen Group**<br>**100 Quentin Roosevelt Blvd**<br>**Garden City, NY 11530** | **$51,208.30** | **2016** | **director compensation** |
| | **Relationship to debtor**<br>**Former Director** | | | |

Debtor  Grandparents.com, Inc.                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6 | Louis Karol c/o Karol & Sosnik 521 RXR Plaza East Tower, Suite 521 Uniondale, NY 11556 | $28,124.83 | 2016 | director compensation |
| | Relationship to debtor Former Director | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 14, 2017

Signature of individual signing on behalf of the debtor           Joshua Rizack
                                                                  Printed name

Position or relationship to debtor    Chief Restructuring Officer,The Rising Group Consulting, Inc

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

**United States Bankruptcy Court**
**Southern District of Florida**

In re   Grandparents.com, Inc.

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer,The Rising Group Consulting, Inc of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:   April 14, 2017

Joshua Rizack/Chief Restructuring Officer,The Rising Group
Consulting, Inc
Signer/Title

Access
1012 W. Beardsley Place
Salt Lake City, UT 84119


Action Marketing Research, Inc.
15 East Franklin Avenue, Suite 15
Minneapolis, MN 55404


ADP LLC
135 West 18th Street
New York, NY 10011


Aetna Senior Supplemental Insurance
800 Cresecent Centre Dr
Attn. Legal Dept.
Franklin, TN 37067


AFCO (D&O Ins # 6606)
Dept 0809
PO Box 120809
Dallas, TX 75312-0809


Amazon Web Services Inc
410 Terry Ave North
Seattle, WA 98109-5210


AmeriMark Holdings LLC
6864 Engle Rd.
Cleveland, OH 44130


Andrew Foote
147 Willow St
Brooklyn, NY 11201


AppNexus Resources
28 West 23rd, 4th Floor
New York, NY 10010


BabyCenter, LLC
163 Freelon Street
San Francisco, CA 94107


Balsamiq Studios, LLC
PO Box 1138
Sacramento, CA 95812

Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Barash Friedman Friedberg & Adasko CPA
331 Madison Avenue, 8th Floor
New York, NY 10017


Barton Barton & Plotkin LLP
420 Lexington Ave
Graybar Building 18th Floor
New York, NY 10170


Bask Technology, Inc.
2500 Executive Pkwy #150
Lehi, UT 84043


Bernstein-Nasser Investments, LLC
6663 Casa Grande Way
Delray Beach, FL 33446


Beth Temple
160 Riverside Blvd #503
New York, NY 10069


Beyond ROI
4855 Technology Way, #710
Boca Raton, FL 33431


BJS Squared LLC
c/o Steven E. Leber
UPS Store 0647, PO Box 134
1773A Second Ave
New York, NY 10065


Bloom Insurance Agency, LLC
1801 South Liberty Drive
Suite 200
Bloomington, IN 47403


Box.net
900 Jefferson Ave
Redwood City, CA 94063

Brett N. Benton, Esq.
Richard M. Ochroch & Associates
318 South 16th St.
Philadelphia, PA 19102


Broome Street Temple
430 Broome St.#2
Attn: Eddie Stern
New York, NY 10013


Brown & Bigelow, Inc.
PO Box 1450 NW 8554
Minneapolis, MN 55485-8554


BSM Media Inc.
2335 East Atlantic Blvd., Suite 300
Pompano Beach, FL 33062


Burnham & Securities, Inc.
1325 Avenue of the Americas
26th Floor
New York, NY 10019


Caring, Inc.
2600 South El Camino Real, Suite 300
San Mateo, CA 94403


Causecast Corp.
8800 Venice Blvd, Suite 217
Los Angeles, CA 90034


CBIZ MHM, LLC
PO Box 404470
Atlanta, GA 30384-4470


Ceasar & Smilow LLP
60 Cutter Mill Rd # 512
Great Neck, NY 11021


Claritas
53 Brown Rd
Ithaca, NY 14850

```
Clement S. Dwyer, Jr.
c/o Snow Squall LLC
155 Fleet St.
Portsmouth, NH 03801


Clement S. Dwyer, Jr.
155 Fleet St
Portsmouth, NH 03801


Cloud9
8080 Dagget St
Ste 220
San Diego, CA 92111


Cloudnine Real Time
8080 Dagget, Suite 2200
San Diego, CA 92111


Complete Call Solutions
5332 S. 138th Street #305
Omaha, NE 68137


Complete Call Solutions
c/o Legal Dept.
10840 Emmet St
Omaha, NE 68164


Computershare, Inc.
Dept CH 19228
Palatine, IL 60055-9228


Corporate Coffee System
745 Summa Ave
Westbury, NY 11590


Corporate Coffee Systems
745 Summa Ave
Westbury, NY 11590


CotterWeb Enterprises, Inc.
1295 Northland Drive, Suite 300
Saint Paul, MN 55120
```

Detroit Educational Television Foundatio
Riley Broadcast Center
1 Clover Court
Wixom, MI 48393


Digital Ocean
101 Avenue of the Americas
10th Floor
New York, NY 10013


DLA Piper LLP
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104


DMI Partners, Inc.
One South Broad St.
11th Floor
Philadelphia, PA 19107


Drifter Creative, Inc.
39 West 14th Street, Ste #503
New York, NY 10011-7403


Elena M. Fries
49 Wexford La
Oceanside, NY 11572


Elle D. Monah
271 N. Long Beach Rd
Oceanside, NY 11572


Endai Worldwide, Inc.
217 Water Street, Suite 300
New York, NY 10038-2105


Equisolve, LLC
2455 E Sunrise Blvd. #1201
Fort Lauderdale, FL 33304


Exact Target
Dept CH 17808
Palatine, IL 60055-7808

Experian Marketing Solutions, Inc.
22807 Network Place
Chicago, IL 60673-1228


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461


Frontier Networks, Inc.
530 Kipling Ave
Toronto, ON M8Z 5E3
CANADA


Generations United
1331 H Street, NW
Suite 900
Washington, DC 20005-4739


Georgia State University Foundation
P. O. Box 2668
Atlanta, GA 30301-2668


Git Hub
88 Colin P Kelly Jr Street
San Francisco, CA 94107


GitHub
88 Colin P Kelly Jr St
San Francisco, CA 94107


Go Daddy
14455 N. Hayden Rd.
Ste 219
Scottsdale, AZ 85260


Google
1600 Amphitheatre Pkwy
Mountain View, CA 94043


Grand Card LLC
10800 Biscayne Blvd.
Suite 750
Miami, FL 33161

Grandparents Raising Grandchildren Info
Infomation Center of LA
PO Box 74267
Baton Rouge, LA 70807


Grandparents.com, Inc.
589 8th Ave.
6th Floor
New York, NY 10018


Grove Street Financial, LLC
2319 Whitney Ave
Hamden, CT 06518


HealthDay
150 Broadhollow Rd
Suite 302
Melville, NY 11747


Healthline Networks
Accounts Receivable
660 Third Street
San Francisco, CA 94107


Hertz Cherson & Rosenthal PC
118-35 Queens Blvd, 9th Fl
Forest Hills, NY 11375


Hewlett Packard Enterprise
200 Connell Dr
Suite 5000
Berkeley Heights, NJ 07922


Hiccup NY
989 6th Ave, 17th FL
New York, NY 10018


HitWise Pty, Ltd.
Attn: Accounts Receivable
300 Park Avenue South
9th floor
New York, NY 10010


HM 2015 LLC
1601 Forum Place, Suite 500
West Palm Beach, FL 33401

Huledet
201 E 79th St.
New York, NY 10075


iab - Interactive Advertising Bureau
116 East 27th St 7th Floor
New York, NY 10016


IESI NY Corp
99 Wood Ave South
Suite 1001
Iselin, NJ 08830


IESI NY Corporation
PO Box 660654
Dallas, TX 75266-0654


Impact Online, Inc.
717 California Street
2nd Floor
San Francisco, CA 94108


Inspectlet
1135 Scotland Dr
Cupertino, CA 95014


Inspectlet.com
1135 S. Scotland Dr
Cupertino, CA 95014


Inveshare
PO BOX 568
Alpharetta, GA 30009-0568


Invision Power Service
PO Box 2365
Forest, VA 24551


Iron Traffic
555 8th Avenue
Suite 1903
New York, NY 10018

Iverson Media and Communications LLC
PO Box 142
Harvard, MA 01451


James K. O'Brien
22 Fernwood Rd
West Hartford, CT 06119


Jerry Shereshewsky
64 Seventy Acre Rd
Redding, CT 06896-2704


Jessica Dysart
580 Lamoka Ave
Staten Island, NY 10312


Joel Ben Izzy
1713 La Loma Avenue
Berkeley, CA 94709


John Sweeney
19 Lawson Lane
Ridgefield, CT 06877


JSK Partnership LLC
1691 Michigan Avenue
Ste 445
Miami Beach, FL 33139


Konica Minolta
USA Inc.
Dept At 952823
Atlanta, GA 31192-2823


Konica Minolta
100 Williams Dr
Ramsey, NJ 07446


Lee Lazarus
301 East 79th St, #36B
New York, NY 10075


Legacy.com
820 Davis Street, Suite 210
Evanston, IL 60201

Limelight Networks, Inc.
2220 West 14th Street
Tempe, AZ 85281


Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza #1700
Buffalo, NY 14202


Lockhard & Wechsler, Inc.
2 Bridge Street, Suite 200
Irvington, NY 10533


Louis Karol
c/o Karol & Sosnik
521 RXR Plaza
East Tower, Suite 521
Uniondale, NY 11556


Lynn Wunderman
94 Mercer Avenue
Hartsdale, NY 10530


M & K Sales
10 Woodcroft Place
Short Hills, NJ 07078


Mailchimp
675 Ponce de Leon Ave NE
Suite 5000
Atlanta, GA 30308


Mailfinance
Dept 3682
PO Box 123682
Dallas, TX 75312-3682


MailFinance
25881 Network Pl
Chicago, IL 60673


Marketing Technology Solutions, Inc.
PO Box 200375
Pittsburgh, PA 15251-0375

Markham Unlimited, Inc.
220 Mircle Mile Ste 238
Coral Gables, FL 33134


Marsh & McLennan Agency LLC
360 Hamilton Ave
Suite 930
White Plains, NY 10601


Mary Furlong & Assoc.
3527 Mt Diablo Blvd #128
Lafayette, CA 94549


Meadows Capital LLC
100 Quentin Roosevelt Blvd.
Garden City, NY 11530


MediaWhiz Holdings, LLC
75 Broad Street, 23rd Floor
New York, NY 10004


Mel Harris
c/o Preferred Employers Group
10800 Biscayne Blvd.
Ste 750
Miami, FL 33161


Middleberg Communications, LLC
 317 Madison Ave # 1500
New York, NY 10017


Mintz, Levin, Cohn, Ferris, Glovsky
666 Third Avenue
New York, NY 10017


Mochila, Inc.
100 Church Street, 7th Floor
New York, NY 10017


Mypoints.com, Inc.
P.O. Box 200333
Pittsburgh, PA 15251-0333

Namecheap
4600 East Washington St
Suite 305
Phoenix, AZ 85034


Neopost
PO Box 30193
Tampa, FL 33630


NRAI Corporate Services
PO Box 4349
Carol Stream, IL 60197


NY Focus Network
317 Madison Avenue, 20th Floor
New York, NY 10017


Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019


OTC Markets Group
304 Hudson Street 2nd Floor
New York, NY 10013


Pacific Biomarkers
220 W. Harrison Street
Seattle, WA 98119


Paris Investments Ltd
12 Pembridge Square Flat 3
London W2 4EH
ENGLAND


Peter D. Deutsch, LLC
708 Third Ave, 6th FL
Attn. Peter D. Deutsch
New York, NY 10017


PR Newswire
602 Haborside Financial Center
Plaza 3 - 6th Floor
Jersey City, NJ 07311

PR Newswire Association LLC
602 Haborside Financial Center
Plaza 3 - 6th Floor
Jersey City, NJ 07311


Precise Leads Inc.
11 Times Square
10th Floor
New York, NY 10036


Prospectiv Direct, Inc.
PO Box 845554
Boston, MA 02284-5554


Publishers Clearing House
PO Box 27746
Newark, NJ 07101-7746


Rackspace
P.O. Box 730759
Dallas, TX 75373-0759


Rackspace
PO Box 730759
Dallas, TX 75373-0759


RealTIME Media, Inc.
132 W. 31st Street
9th Floor
New York, NY 10001


Riaz Latifullah
4920 30th Street NW
Washington, DC 20008


Ritchie Tye Consulting, Inc.
584 Broadway
Suite 306
New York, NY 10007


Robert Cohen
The Cohen Group
100 Quentin Roosevelt Blvd
Garden City, NY 11530

Sara E. Breslau
535 West 110th St #71
#71
New York, NY 10025


ShoreTel Inc.
28760 Network Place
Chicago, IL 60673-1287


Shutterstock Inc.
350 5th Ave 21st Floor
New York, NY 10118


Sills Cummins & Gross P.C.
One Riverfront Plaza
The Legal Center
Newark, NJ 07102


Silver Pop Systems, Inc.
PO Box 536747
Atlanta, GA 30353-6747


SilverCarrot, Inc.
505 Park Avenue, 6th Floor
New York, NY 10022


Simmons Market Research Bureau, Inc.
21221 Network Place
Chicago, IL 60673-1212


SJO Worldwide LLC
710 NE 3rd Ave
Delray Beach, FL 33444


SKO Brenner American
PO Box 9320
Baldwin, NY 11510


Sprout Social
131 S Dearborn
10th Floor
Chicago, IL 60603

SQP Limited
100 George Street
London  W1U 8NU
ENGLAND


Staples Advantage
Dept NY
PO Box 415256
Boston, MA 02241-5256


Starr Indemnity & Liability Company
399 Park Avenue
New York, NY 10022


Steeletype LLC
411 Walnut St
Greenfield, IN 46140


Stephen Cone
420 7th St NW Apt 1018
Washington, DC 20004


Steven E. Leber
UPS store 0647
PO BOX 134
1773A Second Ave
New York, NY 10065


Table Rock Productions, Inc.
269 S. Beverly Drive, #486
Beverly Hills, CA 90212


The HealthDay News Service
83 East Ave
Ste 210
Norwalk, CT 06851


The Mel Harris Declaration Trust
10800 Biscayne Blvd, Ste 750
Miami, FL 33161


The Rising Group Consulting Inc.
606 Post Rd E
Westport, CT 06880

The Thomas K Ireland Revocable Trust
12000 Biscayne Blvd PH810
Miami, FL 33181


Thomas C. Moore PC
63 White Plains Road
Bronxville, NY 10708


Tiburon Media Group, LLC
39 Main St
Belvedere Tiburon, CA 94920


Tower 39 Associates LLC
c/o Newmark & Co. Real Estate
125 Park Ave
New York, NY 10017


Treehouse Media Services, Inc.
1501 Broadway Ste 900
New York, NY 10036


Triple Shot LLC
1000 Elm Ridge Dr
Attn: Jonathan Reinsdorf
Glencoe, IL 60022-0396


Uclick
4520 Main Street
Ste 500
Kansas City, MO 64111-7700


Unique Bldg Maint Service
353 West 39th St., St 303
New York, NY 10018


Vanbridge LLC
Bank of America Lockbox
PO Box 416103
Boston, MA 02241-6103


Vantiv, Inc.
PO Box 630455
Cincinnati, OH 45263-0455

VB Funding, LLC
190 Farmington Ave
Farmington, CT 06032


Verizon
PO Box 15124
Albany, NY 12212-5120


Vintage Filings
PO Box 30719
New York, NY 10087-0719


Vintage Filings
PO Box 416103
Suite 300
New York, NY 10087-0719


WB Mason Co Inc.
59 Centre St
Brockton, MA 02301


Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099


Xaxis
31 Penn Plaza
132 West 31st Street
New York, NY 10001