UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                                Chapter 11 Cases

GRANDPARENTS.COM, INC.,                                               Case No. 17-14711
GRAND CARD LLC,                                                       Case No. 17-14704

   Debtors.[1]

_____/

**DECLARATION OF JOSHUA RIZACK IN SUPPORT OF EMERGENCY
MOTION FOR APPROVAL OF ENGAGEMENT LETTER WITH THE
RISING GROUP CONSULTING, INC. AND JOSHUA RIZACK TO
PROVIDE RESTRUCTURING AND CHIEF RESTRUCTURING OFFICER
SERVICES TO THE DEBTORS *NUNC PRO TUNC*
TO THE PETITION DATE AND REQUEST FOR INTERIM RELIEF**

STATE OF NEW YORK            )
                             ) SS:
COUNTY OF NEW YORK           )

**BEFORE ME**, the undersigned authority, personally appeared JOSHUA RIZACK in New York, New York, who after being duly sworn, deposes and says as follows:

1. I am the President of The Rising Group Consulting, Inc. ("TRGC"), which maintains officers at 606 Post Road East, Westport, CT 06880. TRGC is a consulting firm which specializes in, among other things, providing insolvency and turnaround consulting and advisory services to financially troubled organizations.

2. I submit this Declaration in support of the Debtors' Emergency Motion for Approval of Engagement Letter with The Rising Group Consulting, Inc. and Joshua Rizack to

---

[1] The address and the last four digits of the taxpayer identification of each of the debtors: (i) Grandparents.com, Inc., 589 8th Avenue, 6th Floor, New York, NY 10018 (1114), and (ii) Grand Card LLC, 10800 Biscayne Blvd., Suite 750, Miami, FL 33161 (3030).

Provide Restructuring and Chief Restructuring Officer Services to the Debtors *Nunc Pro Tunc* to the Petition Date and Request for Interim Relief (the "Motion")[2].

3. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, other than my status as Chief Restructuring Officer of the Debtors, neither I nor TRGC, nor any of its partners, principals, employees, agents, or affiliates have any connection with the Debtors, their creditors, the United States Trustee, or any other party with an actual or potential interest in these Chapter 11 cases or their respective attorneys or accountants.

4. In connection with the preparation of this Declaration, TRGC searched its client database and conducted a review of its professional contacts with the Debtors and other parties in interest that were reasonably known to us to determine whether TRGC had any relationship with the following types of entities: (a) the Debtors and their affiliates; (b) the Debtors' current directors and officers and certain of their most significant business affiliations; (c) secured lenders; (d) unsecured creditors of the Debtors; and (e) other parties, based upon information and/or documentation provided by the Debtors.

5. Based on that search, TRGC represents that, to the best of its knowledge, and other than my status as CRO of the Debtors, TRGC knows of no fact or situation that would represent a conflict of interest for TRGC with regard to the Debtors and is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b), in that TRGC and its employees:

    a. Are not creditors, equity security holders or insiders of the Debtors;

    b. Were not, within two (2) years before the date of filing of the Debtors' Chapter 11 petitions, director, officer, or employee of the Debtors; and

---

[2] All terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

c. Based upon the results of the search described above, do not have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reasons.

6. TRGC submits that it holds no adverse interest as to the matters for which it has been employed by the Debtors within the meaning of Bankruptcy Code section 327(a).

7. Certain individuals affiliated with TRGC may render restructuring management services to the Debtors on a part-time basis, while others have been and/or will continue to be engaged full-time. To the extent such individuals are employed on a part-time basis, TRGC submits that there are no simultaneous or prospective engagements existing which would constitute a conflict or adverse interest as to the matters for which it has been employed by the Debtors, nor would TRGC staff such part-time Temporary Staff on any future matter that would constitute a conflict or adverse interest to these matters.

8. Further, as part of its diverse practice, TRGC appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' chapter 11 cases. As a result, TRGC has represented and may in the future represent certain interested parties in matters wholly unrelated to these Chapter 11 cases, either individually or as part of representation of a committee of creditors or interest holders. Based upon TRGC's current knowledge of the professionals involved, and to the best of my knowledge, none of those relationships create interests materially adverse to the Debtors in matters upon which TRGC is to be employed, and none are in connection with these cases.

9. According to TRGC's records, prior to the commencement of these Chapter 11 cases, on March 10, 2017, TRGC received a retainer from GP in the amount of $50,000. TRGC

intends to hold this retainer as security for post-bankruptcy professional services to be performed on behalf of the Debtors.

10. In addition, in anticipation of these bankruptcy filings, TRGC submitted a final invoice for professional services rendered to the Debtors on April 13, 2017, for fees and expenses incurred through and including the time of filing this bankruptcy proceeding in the amount of $43,441.20 (the "Final Invoice"). The Final Invoice was paid by the Debtors to TRGC in connection with services rendered and costs incurred by TRGC through April 13, 2017, in contemplation of, and in connection with, prepetition restructuring activities.

11. Despite the efforts described above to identify and disclose TRGC's connections with parties in interest in these Chapter 11 cases, because the Debtors are an enterprise with hundreds of creditors and other relationships, TRGC, is unable to state with certainty that every client relationship or other connection has been disclosed. In that regard, if TRGC discovers additional information that requires disclosure, TRGC will file a supplemental disclosure with the Court.

12. TRGC does not believe it is a "creditor" of the Debtors within the meaning of Bankruptcy Code section 101(10). Further, neither I nor any other TRGC partner or principal is a holder of any shares or any of the Debtors' stock.

13. No commitments have been made or received by me and/or TRGC nor any partner or employee associate thereof, as to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Case. Neither I nor TRGC, have any agreement with any other entity to share with such entity any compensation received by TRGC in connection with these chapter 11 cases.

14. I have read the Application, and to the best of my knowledge, information, and belief, the contents of the Application are true and correct.

15. This concludes my declaration.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**FURTHER AFFIANT SAYETH NAUGHT.**

By: _____
JOSHUA RIZACK

STATE OF NEW YORK
COUNTY OF NEW YORK

The foregoing instrument was executed and acknowledged before me this 14th day of April, 2017, by Joshua Rizack who is ( ) personally known to me or (✓) did produce __Drivers Licence__ as identification.

Print Name: Syed Alam
Notary Public, State of New York
My Commission Number: 01AL6349458
My Commission Expires: 10/17/20

SYED H ALAM
Notary Public - State of New York
NO. 01AL6349458
Qualified in Queens County
My Commission Expires Oct 17, 2020

{41328262;1}                                5