**Grandparents.com, Inc.**
**Cash Budget**

| | 1<br>4/21/2017 | 2<br>4/28/2017 | 3<br>5/5/2017 | 4<br>5/12/2017 | 5<br>5/19/2017 | 6<br>5/26/2017 | 7<br>6/2/2017 | 8<br>6/9/2017 | 9<br>6/16/2017 | 10<br>6/23/2017 | 11<br>6/30/2017 | 12<br>7/7/2017 | 13<br>7/14/2017 | 14<br>7/21/2017 | 15<br>7/28/2017 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $ 53,907 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 103,260 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 53,907 |
| **Cash In** | | | | | | | | | | | | | | | | |
| Advertising (imedia, Amazon Sales, Crosspixel, datonics, other) | | 750 | | | 3,500 | | | | 3,500 | | | | 3,500 | | | 11,250 |
| AETNA Royalties & Commissions | 150 | 150 | 150 | 150 | 2,150 | 150 | 150 | 150 | 2,150 | 150 | 150 | 150 | 2,150 | 150 | 150 | 8,250 |
| AGA Membership Fees | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 6,000 |
| Other | | | | | | | | | | | | | | | | - |
| **Total Cash In** | **550** | **1,300** | **550** | **550** | **6,050** | **550** | **550** | **550** | **6,050** | **550** | **550** | **550** | **6,050** | **550** | **550** | **25,500** |
| **Cash Out** | | | | | | | | | | | | | | | | |
| **Payroll & Benefits** | | | | | | | | | | | | | | | | |
| Richard Anthony | | 6,250 | | 6,250 | | | 6,250 | | 6,250 | | 6,250 | | 6,250 | | 6,250 | 43,750 |
| Steve Leber | | | 10,000 | | | | 10,000 | | | | 10,000 | | | | | 30,000 |
| Lee Lazarus | | 10,336 | | 10,336 | | | 10,336 | | 10,336 | | 10,336 | | 10,336 | | 10,336 | 72,352 |
| Latoya Monah | | 2,708 | | 2,708 | | | 2,708 | | 2,708 | | 2,708 | | 2,708 | | 2,708 | 18,956 |
| Elena Fries | | 2,604 | | 2,604 | | | 2,604 | | 2,604 | | 2,604 | | 2,604 | | 2,604 | 18,228 |
| Jessica Dysart | | 2,000 | | 2,000 | | | 2,000 | | 2,000 | | 2,000 | | 2,000 | | 2,000 | 14,000 |
| Employer Taxes | | 14,760 | | 14,760 | | | 14,760 | | 14,760 | | 14,760 | | 14,760 | | 14,760 | 103,320 |
| ADP | 275 | | 275 | | 275 | | | 275 | | 275 | | | | 275 | | 1,650 |
| Health Insurance Group | | | 7,291 | | | | | 7,291 | | | | 7,291 | | | | 21,873 |
| **Consultants** | | | | | | | | | | | | | | | | |
| Commission's to Clare | 1,250 | | | | | | | | | | | | | | | 1,250 |
| Accountant | | | | 2,220 | | | | | 2,220 | | | | 2,220 | | | 6,660 |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| Rent | | 2,500 | | | | | 2,500 | | | | 2,500 | | | | 2,500 | 10,000 |
| Bank Fees | | 125 | | | | 125 | | | | | | | | | | 250 |
| Other Insurance D&O | 15,818 | | | | | 15,818 | | | | 15,818 | | | | 15,818 | | 63,272 |
| ** Insurance D&O Tail | | | | | | | | | | | | | | | 236,456 | 236,456 |
| Telephone | 217 | | | | 217 | | | | | 217 | | | | 217 | | 868 |
| Office Expenses | | | | | 2,000 | | | | 2,000 | | | | 2,000 | | | 6,000 |
| Computershare | | | 600 | | | | | | | | | | | | | 600 |
| Computers & Printers | 3,500 | | | | | | | | | | | | | | | 3,500 |
| **IT** | | | | | | | | | | | | | | | | |
| Mailchimp | 3,100 | | | | | 3,100 | | | | | 3,100 | | | 3,100 | | 12,400 |
| Rackspace | | | 2,510 | | | | | 2,510 | | | | 2,510 | | | 2,510 | 10,040 |
| Equisolve | | 399 | | | | 399 | | | | 399 | | | | 399 | | 1,596 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4/21/2017 | 4/28/2017 | 5/5/2017 | 5/12/2017 | 5/19/2017 | 5/26/2017 | 6/2/2017 | 6/9/2017 | 6/16/2017 | 6/23/2017 | 6/30/2017 | 7/7/2017 | 7/14/2017 | 7/21/2017 | 7/28/2017 | |
| GoDaddy | | | 300 | | | | | | | | | | | | | 300 |
| Amazon Cloud Service GC | | | 2,900 | | | | 2,900 | | | | 2,900 | | | | 2,900 | 11,600 |
| Shutterstock | | | | | 249 | | | | | | | | | | | 249 |
| Digital Ocean | | | 183 | | | | 183 | | | | 183 | | | | 183 | 732 |
| Amazon Cloud Service (AWS) GP | | | 64 | | | | 64 | | | | 64 | | | | 64 | 256 |
| Cloud Nine | | | 64 | | | | 64 | | | | 64 | | | | 64 | 256 |
| Sprout Social | | | 59 | | | | 59 | | | | 59 | | | | 59 | 236 |
| GitHub | | | 25 | | | | 25 | | | | 25 | | | | 25 | 100 |
| Google Storage | | 8 | | | | 8 | | | | 8 | | | | 8 | | 32 |
| Google Expense | | 283 | | | | 283 | | | | 283 | | | | 283 | | 1,132 |
| GitHub | | | 25 | | | | 25 | | | | 25 | | | | 25 | | 100 |
| Balsamiq | | 12 | | | | 12 | | | | 12 | | | | 12 | | 48 |
| Inspectlet | | | 79 | | | | 79 | | | | 79 | | | | 79 | | 316 |
| Box | 49 | | | | 49 | | | | 49 | | | | 49 | | | 196 |
| **Other** | | | | | | | | | | | | | | | | |
| Misc. | | 2,500 | | | | 2,500 | | | | | 2,500 | | | | 2,500 | 10,000 |
| One Time Transfer to GIS | | | | | | | | | | | | | | | | - |
| Board Fes | | | | | | | | | | | | | 15,000 | | | 15,000 |
| **Restructuring Fees** | | | | | | | | | | | | | | | | |
| CRO | | | | 25,000 | | | | | 25,000 | | | | 25,000 | | 125,000 | 200,000 |
| TRGC | | | | 15,000 | | | | | | 10,000 | | | | 10,000 | | 35,000 |
| Filing Fees/Quarterly US Trustee Fees | | | | | | | | | | | | | 5,850 | | 2,600 | 8,450 |
| Moving Exp. | | 10,000 | | | | | | | | | | | | | | 10,000 |
| * Retention Bonus Lazarus | | | | | | | | | | | | | | | 124,032 | 124,032 |
| Retention Bonus Others | | | | | | | | | | | | | | | 21,938 | 21,938 |
| **Total Cash Out** | 24,209 | 54,485 | 24,375 | 80,878 | 2,790 | 22,245 | 57,067 | 9,786 | 75,707 | 20,112 | 74,567 | 7,291 | 83,777 | 20,112 | 559,592 | 1,116,993 |
| | | | | | | | | | | | | | | | | |
| **Net Change in Cash** | (23,659) | (53,185) | (23,825) | (80,328) | 3,260 | (21,695) | (56,517) | (9,236) | (69,657) | (19,562) | (74,017) | (6,741) | (77,727) | (19,562) | (559,042) | (1,091,493) |
| | | | | | | | | | | | | | | | | |
| **Advance/DIP** | 69,752 | 53,185 | 23,825 | 80,328 | - | 18,435 | 56,517 | 9,236 | 69,657 | 19,562 | 74,017 | 6,741 | 77,727 | 19,562 | 459,042 | 1,037,586 |
| | | | | | | | | | | | | | | | | |
| **Ending Cash Balance** | 100,000 | 100,000 | 100,000 | 100,000 | 103,260 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | - | - |

* To be paid pursuant to carve out in DIP loan  
** D&O (Estimate) - Budget to be updated upon receiving final quote for D&O tail.  
***The DIP lender has agreed to fund the "$1,116,993" in accordance with the Approved Budget, but the total available under the prepetition credit facility/DIP Loan, subject to Lender's approval, is $1.575 million.

| | 1<br>4/21/2017 | 2<br>4/28/2017 | 3<br>5/5/2017 | 4<br>5/12/2017 | 5<br>5/19/2017 | 6<br>5/26/2017 | 7<br>6/2/2017 | 8<br>6/9/2017 | 9<br>6/16/2017 | 10<br>6/23/2017 | 11<br>6/30/2017 | 12<br>7/7/2017 | 13<br>7/14/2017 | 14<br>7/21/2017 | 15<br>7/28/2017 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Grandparents Insurance Solutions, Inc.** | | | | | | | | | | | | | | | | |
| Cash | 40,000 | 35,800 | 34,184 | 34,184 | 34,184 | 29,984 | 28,368 | 28,368 | 28,368 | 28,368 | 24,168 | 22,552 | 22,552 | 22,552 | 18,352 | 40,000 |
| Expenses | | | | | | | | | | | | | | | | |
| Preferred Employers (Mel Harris) | 4,200 | | | | 4,200 | | | | | 4,200 | | | | 4,200 | | 16,800 |
| State Licensing Fees | | 500 | | | | 500 | | | | | 500 | | | | 500 | 2,000 |
| Other Insurance E&O | | 1,116 | | | | 1,116 | | | | | 1,116 | | | | 1,116 | 4,464 |
| Cash Out | 4,200 | 1,616 | - | - | 4,200 | 1,616 | - | - | - | 4,200 | 1,616 | - | - | 4,200 | 1,616 | 23,264 |
| Ending Cash Balance | 35,800 | 34,184 | 34,184 | 34,184 | 29,984 | 28,368 | 28,368 | 28,368 | 28,368 | 24,168 | 22,552 | 22,552 | 22,552 | 18,352 | 16,736 | 16,736 |