| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Grandparents.com, Inc. | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known): | | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Action Marketing Research, Inc.<br>15 East Franklin Avenue, Suite 15<br>Minneapolis, MN 55404 | | trade debt Invoice 20023-1, 20023-2, 20022-1, 20022-2 | | | | $23,600.00 |
| BabyCenter, LLC<br>163 Freelon Street<br>San Francisco, CA 94107 | | trade debt 26768, 26871, 27007, 26644 | | | | $20,000.36 |
| Bloom Insurance Agency, LLC<br>1801 South Liberty Drive<br>Suite 200<br>Bloomington, IN 47403 | | trade debt - insurance call center | Disputed | | | $48,717.79 |
| DLA Piper LLP<br>1251 Avenue of the Americas<br>27th Floor<br>New York, NY 10020-1104 | | legal services Inv 3231937 | | | | $35,883.00 |
| DMI Partners, Inc.<br>One South Broad St.<br>11th Floor<br>Philadelphia, PA 19107 | | co-registration work in 2012/breach of contract | Contingent<br>Unliquidated<br>Disputed | | | $296,519.05 |
| Exact Target<br>Dept CH 17808<br>Palatine, IL 60055-7808 | | trade debt Invoice #3137782, 3137783, 3144676, 3148446 | Disputed | | | $54,074.63 |
| Experian Marketing Solutions, Inc.<br>22807 Network Place<br>Chicago, IL 60673-1228 | | trade debt | Disputed | | | $64,363.37 |

Debtor **Grandparents.com, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lockhard & Wechsler, Inc. 2 Bridge Street, Suite 200 Irvington, NY 10533 | | direct marketing Invoices 9333, 9234, 9148, 9143 | Disputed | | | $22,622.90 |
| Marketing Technology Solutions, Inc. PO Box 200375 Pittsburgh, PA 15251-0375 | | trade debt Invoices 10073, 9929, 9826, 9663, 9594 | | | | $27,045.90 |
| Mintz, Levin, Cohn, Ferris, Glovsky 666 Third Avenue New York, NY 10017 | | legal services | | | | $294,379.31 |
| Olshan Frome Wolosky LLP 1325 Avenue of the Americas New York, NY 10019 | | legal services | | | | $27,870.05 |
| Pacific Biomarkers 220 W. Harrison Street Seattle, WA 98119 | | trade debt | Disputed | | | $31,618.99 |
| Silver Pop Systems, Inc. PO Box 536747 Atlanta, GA 30353-6747 | | trade debt Invoices 512211, 510085, 509026, 511668 | Disputed | | | $23,027.06 |
| Simmons Market Research Bureau, Inc. 21221 Network Place Chicago, IL 60673-1212 | | trade debt | Disputed | | | $56,011.44 |
| SJO Worldwide LLC 710 NE 3rd Ave Delray Beach, FL 33444 | | advisory fees | | | | $40,500.00 |
| Starr Indemnity & Liability Company 399 Park Avenue New York, NY 10022 | | Consulting Agreement | Disputed | | | $640,000.00 |
| Thomas C. Moore PC 63 White Plains Road Bronxville, NY 10708 | | legal services | | | | $43,125.00 |

Debtor **Grandparents.com, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tiburon Media Group, LLC** **39 Main St** **Belvedere Tiburon, CA 94920** | | **trade debt** **Inv 5818, 5861** | | | | **$23,944.95** |
| **Tower 39 Associates LLC** **c/o Newmark & Co. Real Estate** **125 Park Ave** **New York, NY 10017** | | **back rent (March and April 2017) and attorneys' fees and other costs** | | | | **$42,481.45** |
| **Vanbridge LLC** **Bank of America Lockbox** **PO Box 416103** **Boston, MA 02241-6103** | | **Consulting Agreement** | | | | **$137,500.00** |