

**ORDERED in the Southern District of Florida on April 18, 2017.**

*[signature]*

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| GRANDPARENTS.COM, INC., | Case No. 17-14711 |
| GRAND CARD LLC, | Case No. 17-14704 |
| Debtors. | |
| _____/ | |

**ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR JOINT ADMINISTRATION**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for Joint Administration* (ECF No. 5) (the "Motion") filed by Grandparents.com, Inc. ("GP") and Grand Card, LLC, (collectively, the "Debtors")[2]. The Motion requests entry of an order authorizing the joint administration of the bankruptcy cases of the Debtors. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this

---

[2] [2] The address and the last four digits of the taxpayer identification of each of the debtors: (i) Grandparents.com, Inc., 589 8th Avenue, 6th Floor, New York, NY 10018 (1114), and (ii) Grand Card LLC, 10800 Biscayne Blvd., Suite 750, Miami, FL 33161 (3030).

{41214595;3}

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) pursuant to Local Rules 1015-1(B)(2) and 9013-1(C)(14), the Court is authorized to grant the Motion without a hearing; (v) upon the record herein after good and sufficient cause existing for the granting of the relief as set forth herein; it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The **GP Case** shall be the lead case.

3. The above-captioned bankruptcy cases are jointly administered for procedural purposes only under Case No. 17-14711-LMI.

4. The style of these jointly administered cases shall be in the style set forth below:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| GRANDPARENTS.COM, INC., et al., | Case No. 17-14711-LMI (Joint Administration Pending) |
| Debtors.³ | |
| _____/ | |

5. Hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

6. One consolidated docket and one consolidated service list shall be maintained by the Debtors and kept by the Clerk, with separate claims registers for each of the Debtors' cases.

---

³ The address and the last four digits of the taxpayer identification of each of the debtors: (i) Grandparents.com, Inc., 589 8th Avenue, 6th Floor, New York, NY 10018 (1114), and (ii) Grand Card LLC, 10800 Biscayne Blvd., Suite 750, Miami, FL 33161 (3030).

{41214595;3}

7.    Parties may request joint hearings on matters pending in any of the jointly administered cases.

8.    A docket entry shall be made in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing joint administration of the following entities for procedural purposes only: (i) Grandparents.com, Inc. (1114); and (ii) Grand Card LLC (3030). The docket of Grandparents.com, Inc. (Case No. 17-14711-LMI) should be consulted for all matters affecting these cases.

9.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

Submitted by:

Steven R. Wirth
Akerman LLP
Email: steven.wirth@akerman.com
401 E. Jackson St., Suite 1700
Tampa, FL  33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837
Proposed Attorneys for Debtors

[Attorney Steven R. Wirth is hereby directed to serve a conformed copy of this order on all interested parties and file a Certificate of Service]

{41214595;3}