# United States Bankruptcy Court
## Southern District of Florida

In re  **Grandparents.com, Inc.**                                    Case No.  **17-14711-LMI**
                              Debtor(s)                              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ACI Inc.**<br>**950 Third Ave**<br>**19th Floor**<br>**New York, NY 10022** | | 100,000 | |
| **Allen Norris**<br>**829 N Circle Dr 200**<br>**Colorado Springs, CO 80909-5008** | | 2,500 | |
| **Alpha Capital AG**<br>**c/o Lighthouse Capital Insurance Co**<br>**94 Solaris Ave, 2nd Floor**<br>**Grand Cayman, KY1-1102**<br>**CAYMAN ISLANDS** | | 185,185 | |
| **ARK Interests LLC**<br>**c/o Bob Kolitz**<br>**425 West Bitters Rd**<br>**San Antonio, TX 78216** | | 600,000 | |
| **Arthur H. Goldberg**<br>**9 Stone Hill Dr N**<br>**Manhasset, NY 11030-4439** | | 200,000 | |
| **Bari A. Latterman**<br>**139 E 35th St**<br>**Apt 7C**<br>**New York, NY 10016-4114** | | 11,824 | |
| **Barney Whitesell T**<br>**PO Box 7988**<br>**Newport Beach, CA 92658** | | 20,000 | |
| **Bernstein Nasser Investors LLC**<br>**c/o Morgan Stanley**<br>**Attn. Jeff Samsen**<br>**55 E. 52nd St, 29th Floor**<br>**New York, NY 10055** | | 15,189,777 | |
| **Bernstein Nasser Investors LLC**<br>**Morgan Stanley**<br>**Attn. Jeff Samsen**<br>**55 East 52nd St, 29th Floor**<br>**New York, NY 10055** | | 400,000 | |

In re: **Grandparents.com, Inc.**     Case No. **17-14711-LMI**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bonnie R. Wiebe**<br>1815 Combat Dr.<br>Lake Havasu City, AZ 86403-7433 | | 2,333 | |
| **Brian J. Andalman**<br>2512 Augusta Way<br>Highland Park, IL 60035-1811 | | 500 | |
| **Brian Mcateer**<br>25 Hillside Rd<br>Neptune, NJ 07753 | | 27,182 | |
| **Bruce Saber**<br>55 East 76th St<br>New York, NY 10021 | | 107,477 | |
| **C. David Kikumoto**<br>5299 DTC Blvd<br>Suite 425<br>Greenwood Village, CO 80111 | | 50,000 | |
| **C. Keith Oliver**<br>1209 Country Ridge Dr<br>Raleigh, NC 27609 | | 27,260 | |
| **Carole Marcum**<br>3371 Diamond Hill Ter<br>Hobe Sound, FL 33455 | | 1,669 | |
| **Cathy L. Richmond**<br>71443 Halgar Rd<br>Rancho Mirage, CA 92270-4233 | | 21,158 | |
| **CEDE & Co.**<br>PO Box 20<br>Bowling Green Station<br>New York, NY 10274 | | 30,105,676 | |
| **Chad Eskelsen & Lorna Eskelsen**<br>c/o Saigene Corp.<br>220 W. Harrison St.<br>Seattle, WA 98119 | | 7,454 | |
| **Charles A. Touche**<br>c/o Saigene Corp<br>220 W. Harrison St<br>Seattle, WA 98119 | | 86,000 | |

| In re: | Grandparents.com, Inc. | | Case No. | 17-14711-LMI |
|---|---|---|---|---|
| | | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher A. Sanguighi**<br>1274 E. Ivanhoe Ct<br>Gilbert, AZ 85296-4927 | | 166 | |
| **ComputerShare Investor Services**<br>250 Royall St<br>Canton, MA 02021 | | 72,752,533 | |
| **Craig S. Malina**<br>16200 Skyline Blvd.<br>Woodside, CA 94062 | | 500 | |
| **Curtis J. Scheel**<br>10 SE 10th Ave<br>Cape Coral, FL 33990-1232 | | 42,500 | |
| **CV Starr & Company Inc.**<br>Attn. Howard Smith<br>399 Park Ave, 17th Floor<br>New York, NY 10022 | | 4,000,000 | |
| **D.A. Davidson & Co CUST FBO**<br>**Benjamin D. Milbrath**<br>c/o DA Davidson & Co.<br>8 Third St N<br>Great Falls, MT 59403 | | 2,500,000 | |
| **D.A. Davidson & Co Cust FBO Benjamin**<br>**Milbrath Roth IRA**<br>c/o DA Davidson & Co/Marcia Lemaster<br>601 W. Riverside, Ste 800<br>Spokane, WA 99201 | | 800,000 | |
| **D.A. Davidson & Co. Cust FBO**<br>**George C. Roth IRA 5524-1828**<br>8 Third Street North<br>Great Falls, MT 59403 | | 400,000 | |
| **Dalton Andrew Cavill Taylor**<br>PO Box 16785<br>Rebel Ali, Dubai<br>UAE | | 107,477 | |
| **Daniel Castellano**<br>29 Pearsall Pl<br>Deer Park, NY 11729 | | 2,302 | |

In re:    **Grandparents.com, Inc.**                                                                                    Case No.  **17-14711-LMI**
                                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Eide**<br>**c/o ID Systems**<br>**11728 136th Ave E**<br>**Puyallup, WA 98374** | | 17 | |
| **David L. Feavel**<br>**6222 Lupton Dr**<br>**Dallas, TX 75225-2117** | | 429,905 | |
| **David Moore**<br>**941 Park Ave**<br>**New York, NY 10028** | | 1,000,000 | |
| **David Ross**<br>**6860 Lions Head Ln**<br>**Boca Raton, FL 33496** | | 830,000 | |
| **David W. Swezey**<br>**220 West Harrison St.**<br>**Seattle, WA 98119** | | 7,500 | |
| **Deepak Chopra and Rita Chopra Family Tr**<br>**Attn. Carolyn Rangel**<br>**2013 Costa del Mar Road**<br>**Carlsbad, CA 92009** | | 500,000 | |
| **Dennis J. Gilbert TR UA 01/01/2014**<br>**Gilbert Insurance Services Inc.**<br>**9665 Wilshire Blvd.**<br>**Suite 801**<br>**Beverly Hills, CA 90212** | | 1,000,000 | |
| **Director of Finance ST of HI Unclaim**<br>**Property Branch**<br>**Box 150**<br>**Honolulu, HI 96810** | | 3,500 | |
| **Dolphin Offshore Partners LP**<br>**PO Box 16867**<br>**Fernandina Beach, FL 32034** | | 740,800 | |
| **Donald G. Glascoff Jr**<br>**50 W. 72nd St**<br>**Apt 1005**<br>**New York, NY 10023** | | 107,477 | |
| **Donna Sparks**<br>**20303 Jordan Rd**<br>**Arlington, WA 98223** | | 28,000 | |

| In re: | Grandparents.com, Inc. | | Case No. | 17-14711-LMI |
|---|---|---|---|---|
| | | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Douglas H. Joines<br>969 Hilgard Ave #502<br>Los Angeles, CA 90024 | | 948 | |
| Edwin Merrifield<br>220 W. Harrison St.<br>Seattle, WA 98119 | | 6,200 | |
| Eileen Erickson<br>3230 Kibler Ave<br>Enumclaw, WA 98022 | | 2,402 | |
| Elegant Investments LLP<br>Attn. IRA Elegant<br>46 SW First St #400<br>Miami, FL 33130 | | 100,000 | |
| Elgin B. Williams<br>8796 Grand Oak Dr<br>Salt Lake City, UT 84121 | | 220 | |
| Epoch Biosciences INc.<br>Attn. Larry Larson<br>21720-23rd Dr SE #150<br>Bothell, WA 98021 | | 391,902 | |
| Eskelsen Family Trust<br>554 West 2040 South Cir<br>Saint George, UT 84770 | | 950 | |
| Eugene Cole<br>7680 Porto Vecchio Place<br>Delray Beach, FL 33446 | | 1,881,105 | |
| F&MWL Enterprises LLC<br>Attn. M. Walter Levine<br>541 Sasco Hill Rd<br>Fairfield, CT 06824 | | 200,000 | |
| Gerald Robins<br>33 Star Island<br>Miami Beach, FL 33139 | | 400,000 | |
| GP.com Holding Company LLC<br>c/o Grandparents.com, Inc.<br>589 8th Ave, 6th Floor<br>New York, NY 10018 | | 1,422,533 | |

| In re: | Grandparents.com, Inc. | | Case No. | 17-14711-LMI |
|---|---|---|---|---|
| | | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Grandparents Capital LLC**<br>**c/o Triage Management LP**<br>**Attn.: Jerrold B. Frankel**<br>**401 E. City Ave, Suite 528**<br>**Bala Cynwyd, PA 19004** | | **6,526,908** | |
| **Howard Michaels**<br>**c/o The Carlon Group**<br>**560 Lexington Ave**<br>**New York, NY 10022** | | **1,200,000** | |
| **Irvine Scientific**<br>**1830 E Warner Ave**<br>**Santa Ana, CA 92705-5505** | | **4,423** | |
| **Irving Lee Zackheim**<br>**c/o Davidson & Company**<br>**Attn. Michael Jackson**<br>**601 West Riverside Ave, Ste 800**<br>**Spokane, WA 99201** | | **3,000,000** | |
| **Irwin Nachimson**<br>**c/o Nigro Karlin Segal & Feldstein**<br>**10960 Whilshire Blvd, 5th Floor**<br>**Los Angeles, CA 90024** | | **400,000** | |
| **Jack L. Cook**<br>**Wendell Cook Ten Com**<br>**2205 E. Colter St.**<br>**Phoenix, AZ 85016** | | **1,000** | |
| **James C. Peterson**<br>**11027 Bekk Oaks Estate Rd**<br>**Eden Prairie, MN 55347** | | **1,000,000** | |
| **James C. Peterson & Sandra Peterson JT T**<br>**11027 Bekk Oaks Estate Rd**<br>**Eden Prairie, MN 55347** | | **1,800,000** | |
| **James G. Brakke & Glenys E. Brakke Liv**<br>**Trust DTD April 19 1991**<br>**28202 Cabot Rd 5th FL**<br>**Laguna Hills, CA 92677** | | **6,666** | |
| **James H. Davis**<br>**2721 Forsyth Rd**<br>**Suite 264**<br>**Winter Park, FL 32792** | | **429,905** | |

In re: **Grandparents.com, Inc.**            Case No. **17-14711-LMI**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James H. Fryar III**<br>**PO Box 610**<br>**Cornelius, NC 28031-0610** | | **214,953** | |
| **James S. Schreier,**<br>**Debra B. Schreier TR Trust U/D 6-24-1998**<br>**Glaser Weil Fink Jacobs**<br>**10250 Constellation Blvd., 19th FL**<br>**Los Angeles, CA 90067** | | **200,000** | |
| **Janelle Pritchard**<br>**351 Vuemont Pl NE**<br>**Apt. 302**<br>**Renton, WA 98056** | | **172** | |
| **Janice E. O'Connor**<br>**19301 Fales Rd**<br>**Snohomish, WA 98296** | | **7,500** | |
| **Janice O'Connor**<br>**19301 Fales Road**<br>**Snohomish, WA 98296** | | **6,666** | |
| **Jason Ray**<br>**220 West Harrison St.**<br>**Seattle, WA 98119** | | **14,000** | |
| **Jeffrey Wasserman**<br>**16 Old Timber Trl**<br>**Boonton, NJ 07005-9044** | | **107,477** | |
| **John P. Jensen**<br>**950 NE Honeywood Crt**<br>**Issaquah, WA 98027** | | **13,814** | |
| **John Weeks**<br>**Demographic Consulting**<br>**3057 Via Soleado**<br>**Alpine, CA 91901** | | **1,666** | |
| **Jonathan Gold**<br>**92 Cortelyous Ln**<br>**Somerset, NJ 08873** | | **20,9811** | |
| **Jonathan Reinsdorf**<br>**1000 Elm Ridge Dr**<br>**Glencoe, IL 60022** | | **400,000** | |

List of equity security holders consists of 18 total page(s)

In re: **Grandparents.com, Inc.**             Case No. **17-14711-LMI**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jordan Leber**<br>c/o Grandparents.com, Inc.<br>589 8th Ave<br>6th Floor<br>New York, NY 10018 | | 4,297,444 | |
| **Jordheim Family 1993 Living Trust**<br>3311 Cabo St<br>Carlsbad, CA 92009 | | 1,422 | |
| **Joseph A. Scaniffe**<br>11 Glenmore Dr<br>Farmington, CT 06032 | | 227,239 | |
| **Joseph Bernstein**<br>Morgan Stanley<br>Attn. Jeff Samsen<br>55 East 52nd St, 29th FL<br>New York, NY 10055 | | 1,324,514 | |
| **Joseph Castellano**<br>29 Pearsall Pl<br>Deer Park, NY 11729 | | 9,206 | |
| **Joy Enterprises of Wakefield LLC**<br>6584 Wakefalls Dr<br>Wake Forest, NC 27587 | | 29,766 | |
| **JSK Partnership LLC**<br>1691 Michigan Ave<br>Ste 445<br>Miami Beach, FL 33139 | | 1,500,000 | |
| **K Tara Wise**<br>1320 Cherry Dr<br>Bozeman, MT 59715 | | 57 | |
| **Kate Cunningham**<br>5711 18th Ave NE<br>Seattle, WA 98105 | | 310 | |
| **Kathleen McLaughlin**<br>10547 SE 227th St.<br>Kent, WA 98031 | | 1,666 | |
| **Kathryn Ann Chesler Revocable Trust**<br>6000 Williams Island Blvd<br>#2402<br>Aventura, FL 33160 | | 200,000 | |

List of equity security holders consists of 18 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re: **Grandparents.com, Inc.**          Case No. **17-14711-LMI**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kenenth A. Stone**<br>**Sharon R. Stone JT TEN**<br>**3509 Sparrowwood Dr.**<br>**Wake Forest, NC 27587** | | 12,303 | |
| **Kenneth Waters**<br>**4644 E Indian Bend Rd**<br>**Paradise Valley, AZ 85253** | | 7,500 | |
| **KGW LLC**<br>**c/o Michael Fichtel**<br>**8201 Peters Rd**<br>**Suite 4000**<br>**Fort Lauderdale, FL 33324** | | 200,000 | |
| **Kohan 2001 Trust**<br>**c/o Mickey Segal**<br>**Nigro Kalin Segal & Feldstein**<br>**10960 Wilshire Blvd, 5th Floor**<br>**Los Angeles, CA 90024** | | 400,000 | |
| **Lakewood Nursery Inc.**<br>**4114 Lincoln Ave**<br>**Cypress, CA 90630** | | 40,867 | |
| **Larraine Segil**<br>**17643 Belinda St**<br>**Encino, CA 91316** | | 116,719 | |
| **Larry Stogel**<br>**311 West 50th St #5S**<br>**New York, NY 10019** | | 125,407 | |
| **Lauren Busch**<br>**6704 Glenhust Dr**<br>**Dallas, TX 75254** | | 200,000 | |
| **Lily Wu**<br>**1155 Merrill St.**<br>**Menlo Park, CA 94025-4364** | | 172 | |
| **Lloyd Moriber**<br>**10295 Collins Ave**<br>**Bal Harbor One**<br>**Apt 2507**<br>**Miami Beach, FL 33154** | | 800,000 | |

In re: **Grandparents.com, Inc.**  
Debtor(s)

Case No. **17-14711-LMI**

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lovitt & Touche 401K Plan FBO**<br>**Charles Touche**<br>**c/o Saigee Corporation**<br>**220 W. Harrison St**<br>**Seattle, WA 98119** | | 136,000 | |
| **Lunt Legacy LLC**<br>**4579 Wander Ln**<br>**Salt Lake City, UT 84117** | | 3,147 | |
| **Maken Commercentre II LLC**<br>**c/o Makena Properties**<br>**26522 La Alameda Ste 285**<br>**Mission Viejo, CA 92691** | | 19,667 | |
| **Marcel G. Lebon**<br>**99 Gold St**<br>**PH G**<br>**New York, NY 10003** | | 214,953 | |
| **Maria Dunn**<br>**1387 Anchor Dr**<br>**Wantagh, NY 11793** | | 2,302 | |
| **Marion J. Kelley**<br>**13253 N 110th Ave**<br>**Sun City, AZ 85351-2509** | | 166 | |
| **Mark A. Goldsmith**<br>**1628 Hanover St.**<br>**Teaneck, NJ 07666-2222** | | 237 | |
| **Matthew C. Schwartz**<br>**480 Main St.**<br>**Apt. 19C**<br>**New York, NY 10044-0419** | | 730,595 | |
| **Matthew Dontzin**<br>**980 Madison Ave**<br>**Frnt 2**<br>**New York, NY 10075-1848** | | 1,000,000 | |
| **Meadows Capital LLC**<br>**c/o General Vision Services**<br>**Attn. Ashley Fabricant**<br>**520 8th Ave, Suite 900**<br>**New York, NY 10018** | | 12,510,998 | |

In re:    **Grandparents.com, Inc.**                                           Case No.   **17-14711-LMI**
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mediapolis Inc.**<br>**511 Avenue of the Americas**<br>**New York, NY 10011-8436** | | 83,414 | |
| **Mel Harris**<br>**c/o Preferred Employers Group**<br>**10800 Biscayne Blvd.**<br>**Ste 750**<br>**Miami, FL 33161** | | 2,000,000 | |
| **Michael Holtz**<br>**Attn. Michael Holtz/Smart Flyer**<br>**347 West 36th St #700**<br>**New York, NY 10018** | | 600,000 | |
| **Michael D. Regan**<br>**3717 Evander Way**<br>**Raleigh, NC 27613** | | 14,220 | |
| **Michael Eagan**<br>**3 Embarcadero Center**<br>**Ste 800**<br>**San Francisco, CA 94111** | | 200,000 | |
| **Michael Karlin Trust**<br>**c/o Mickey Segal**<br>**Nigro Karlin Segal & Feldstein**<br>**10960 Whilshire Blvd, 5th Floor**<br>**Los Angeles, CA 90024** | | 400,000 | |
| **Michael L. Landra Tr DRD 10/13/1998**<br>**Michael L. Landa Intervivos Revoc Trust**<br>**2999 NE191 St**<br>**Ste 906**<br>**Miami, FL 33180** | | 88,105 | |
| **Michael Q. Eagan**<br>**3 Embarcadero Ctr**<br>**Suite 800**<br>**San Francisco, CA 94111** | | 214,953 | |
| **Michael R. Barreras**<br>**6750 Gelding Dr**<br>**Peoria, AZ 85381** | | 55,000 | |
| **Michael Sachs**<br>**c/o The Sachs Group**<br>**5250 Old Orchard Rd**<br>**Skokie, IL 60077-4460** | | 1,580 | |

List of equity security holders consists of 18 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                            Best Case Bankruptcy

| In re: | Grandparents.com, Inc. | | Case No. | 17-14711-LMI |
|---|---|---|---|---|
| | | Debtor(s) | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Wellesley-Wesley**<br>**12 Pembridge Square**<br>**Flat 3**<br>**London W2 4EH**<br>**ENGLAND** | | 400,000 | |
| **Michelle Lou**<br>**12702 S. Fairway Ridge Ln**<br>**Spokane, WA 99224** | | 800,000 | |
| **Millenium Trust Company Cust FB**<br>**Andrea L. Tessler SEP IRA**<br>**c/o Family Management Corp**<br>**485 Madison Ave, 19th Floor**<br>**New York, NY 10022** | | 200,000 | |
| **Millennium Trust Company LLC**<br>**Cust FB Seymour Zises IRA**<br>**c/o Family Management Corp**<br>**485 Madison Ave, 19th Floor**<br>**New York, NY 10022** | | 400,000 | |
| **Nicholas J. Krafft**<br>**3127 38th St NW**<br>**Washington, DC 20016** | | 128,972 | |
| **Nigel Norton**<br>**5242 North Bay Rd**<br>**Miami Beach, FL 33140** | | 400,000 | |
| **Otto J. Gago**<br>**811 Barton Shore Dr**<br>**Ann Arbor, MI 48105** | | 766 | |
| **Paris Investments Limited**<br>**Fernleigh House**<br>**Palace Rd**<br>**Douglas IM2 4LB**<br>**ISLE OF MAN** | | 1,250,000 | |
| **Patricia A. Thibaut**<br>**225 Plaza St #300**<br>**Solana Beach, CA 92075-1164** | | 1,750 | |
| **Patrick Jackle**<br>**220 W. Harrison St.**<br>**Seattle, WA 98119** | | 6,500 | |

List of equity security holders consists of 18 total page(s)

In re: **Grandparents.com, Inc.** Case No. **17-14711-LMI**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Patty Goren**<br>Ed Goren Ten Com<br>2 Reatta Lane<br>Rolling Hills, CA 90274 | | 400,000 | |
| **Paul E. Linthorst**<br>19 Huntwood Place<br>Mount Vernon, NY 10552 | | 214,953 | |
| **Paul G. Kanan**<br>Faye L. Kanan TR The Kanan Liv TR UA 5/15/1990<br>24091 Pinehurst Ln<br>Laguna Niguel, CA 92677 | | 19,663 | |
| **Paul G. Kanan**<br>24091 Pinehurst Ave<br>Laguna Niguel, CA 92677 | | 12,500 | |
| **Paul T. Lettieri**<br>340 El Cerrito Ave<br>Piedmont, CA 94611 | | 477 | |
| **Peter M. Weil**<br>Julia A. Weil TR Weil Living Trust<br>Glaser Weil Fink Jacobs<br>10250 Constellation Blvd, 19th Floor<br>Los Angeles, CA 90067 | | 200,000 | |
| **Priscilla Selman**<br>191 South Cambridge St<br>Orange, CA 92866 | | 333 | |
| **Richard A. Crowley**<br>108 Oak Bend Ct<br>Georgetown, TX 78628 | | 33 | |
| **Richard Graham**<br>1526 N. James St<br>Mamaroneck, NY 10543 | | 107,477 | |
| **Richard J. Pollack**<br>17945 Monte Vista Dr<br>Boca Raton, FL 33496 | | 133,333 | |
| **Richard S. Cohen**<br>7811 Montrose Rd<br>Suite 500<br>Potomac, MD 20854 | | 537,381 | |

In re: **Grandparents.com, Inc.**     Case No. **17-14711-LMI**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RJKK Investments LLC**<br>2532 Dupont Dr<br>Irvine, CA 92612 | | 1,555 | |
| **Robert A. Ackerman**<br>Elizabeth G. Ackerman Trust<br>c/o Mickey Segal<br>10960 Wilshire Blvd, 5th Floor<br>Los Angeles, CA 90024 | | 400,000 | |
| **Robert Frome**<br>c/o Olshan Grundman<br>65 East 55th St<br>New York, NY 10022 | | 200,000 | |
| **Robert Montgomery**<br>68 Main St<br>Stonington, CT 06378 | | 2,765 | |
| **Ron Large**<br>15 Galvaston Ln<br>Staten Island, NY 10314 | | 13,814 | |
| **Ronald H. Toensing**<br>1696 Woodbury Rd<br>Newport, MN 55055 | | 790 | |
| **Ronald L. Witsaman**<br>Marie J. Witsaman JT TEN<br>535 Traverse Dr<br>Costa Mesa, CA 92626-3116 | | 333 | |
| **Russell Newton**<br>238 Ponus Ridge Rd<br>New Canaan, CT 06840 | | 12,253 | |
| **Saigene Corporation**<br>2201 34st St NW<br>Ste C<br>Gig Harbor, WA 98335 | | 30,130 | |
| **Scott S. Rosenblum**<br>19 Wildwood Circle<br>Larchmont, NY 10538 | | 200,000 | |
| **Segal Family Trust**<br>c/o Mickey Segal<br>1135 Fallen Leaf Rd<br>Arcadia, CA 91006 | | 600,000 | |

List of equity security holders consists of 18 total page(s)

| In re: | Grandparents.com, Inc. | | Case No. | 17-14711-LMI |
|---|---|---|---|---|
| | Debtor(s) | | | |

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sela Sales Ltd**<br>**17866 Deauville Ln**<br>**Boca Raton, FL 33496** | | **200,000** | |
| **Sherry M. Harnick**<br>**c/o Horowitz Harnick**<br>**27 Old Field Ln**<br>**Great Neck, NY 11020** | | **24,090** | |
| **SJO Worldwide LLC**<br>**Attn. Jeremy Office**<br>**710 NE 3rd Ave**<br>**Delray Beach, FL 33444** | | **1,500,000** | |
| **SQP Limited**<br>**100 George St**<br>**London W1U 8NU**<br>**ENGLAND** | | **1,250,000** | |
| **SQP Ltd**<br>**100 George St**<br>**London W1U 8NU**<br>**ENGLAND** | | **1,000,000** | |
| **ST Investments LLC**<br>**c/o Dave Bailey Construction**<br>**1003 E Bethany Home Rd**<br>**Phoenix, AZ 85014-2228** | | **21,180** | |
| **Stanley Zaslow**<br>**12331 Rockledge Cir**<br>**Boca Raton, FL 33428-4813** | | **390,000** | |
| **Stephen R. Bedell**<br>**11608 Chippewa Rd**<br>**Brecksville, OH 44141** | | **2,477** | |
| **Steven E. Leber**<br>**589 8th Ave**<br>**6th Floor**<br>**New York, NY 10018** | | **13,516,847** | |
| **Steven Gidumal**<br>**8 River Terrace**<br>**16th Floor**<br>**New York, NY 10282** | | **500,000** | |

In re:  **Grandparents.com, Inc.**        Case No. **17-14711-LMI**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sunny Isles Consulting LLC**<br>c/o General Vision Services<br>Attn. Ashley Fabricant<br>520 8th Ave, Suite 900<br>New York, NY 10018 | | 1,249,029 | |
| **Susan Regan**<br>c/o Saigene Corp<br>220 West Harrison St.<br>Seattle, WA 98119 | | 20,000 | |
| **Swannee Yourkowske**<br>14822 14th Ave SW<br>Burien, WA 98166 | | 34 | |
| **Ted H. Greene Jr.**<br>6750 W 93rd St Ste 100<br>Overland Park, KS 66212-1465 | | 333 | |
| **Terry M. Giles**<br>11002 Wickwood Dr<br>Houston, TX 77020-4000 | | 12,500 | |
| **The Archer Financial Group**<br>6 Rolling Meadow Lane<br>Fort Salonga, NY 11768 | | 400,000 | |
| **The Eskelsen Family Trust**<br>554 West 2040 South Circle<br>Saint George, UT 84770 | | 40,827 | |
| **The Mel Harris Declaration of Trust**<br>c/o Preferred Employers Group<br>10800 Biscayne Blvd.<br>Ste 750<br>Miami, FL 33161 | | 2,250,000 | |
| **The Thomas K. Ireland Revocable Trust**<br>12000 Biscayne Blvd<br>Ph 810<br>Miami, FL 33181 | | 2,500,000 | |
| **Thomas K. Ireland Revocable Trust**<br>12000 Biscayne Blvd.<br>PH 810<br>Miami, FL 33181 | | 1,000,000 | |

In re: **Grandparents.com, Inc.**      Case No. **17-14711-LMI**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Thomas Kaplan**<br>7783 Talavera Pl<br>Delray Beach, FL 33446-4320 | | 40,000 | |
| **Thomas P. Butler**<br>191 Ocean Drive East<br>Stamford, CT 06902 | | 338,761 | |
| **Tim Stefek**<br>c/o Saigene Corporation<br>220 West Harrison St<br>Seattle, WA 98119 | | 21,735 | |
| **Timothy Carlson**<br>5422 125th Ave SE<br>Bellevue, WA 98006 | | 5,000 | |
| **Timothy H. Carlson**<br>5422 125th Ave SE<br>Bellevue, WA 98006 | | 10,118 | |
| **Timothy Rawlings**<br>c/o Saigene Corporation<br>220 West Harrison St<br>Seattle, WA 98119 | | 21,708 | |
| **Todd J Phillips Living Trust**<br>c/o Mickey Segal<br>Nigro Kalin Segal & Feldstein<br>10960 Wilshire Blvd, 5th Fl<br>Los Angeles, CA 90024 | | 400,000 | |
| **Tonya Aggoune**<br>220 West Harrison St.<br>Seattle, WA 98119 | | 11,500 | |
| **Tonya Aggoune**<br>200 W. Harrison St.<br>Seattle, WA 98119 | | 6,666 | |
| **VB Funding, LLC**<br>190 Farmington Ave<br>Attn. Caroline Klotz<br>Farmington, CT 06032 | | 70,000,000 | |
| **Victoriya Vasiltsova**<br>3420 32nd Sst<br>Apt. 3A<br>Astoria, NY 11106-2770 | | 2,302 | |

List of equity security holders consists of 18 total page(s)

In re: Grandparents.com, Inc.                                                  Case No. 17-14711-LMI
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Wanda Austin<br>c/o Saigene Corp.<br>20 West Harrison St.<br>Seattle, WA 98119 | | 16,667 | |
| Wendy Sklar<br>10 City Pl<br>Apt 12C<br>White Plains, NY 10601-3343 | | 214,953 | |
| Whitman Family Trust<br>c/o Alan Whitman<br>225 Hacienda Dr<br>Arcadia, CA 91006 | | 600,000 | |
| Young Decedent's Trust<br>24420 Tiner Court<br>Attn. Helen Young<br>Malibu, CA 90265 | | 1,916 | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Restructuring Officer, The Rising Group Consulting, Inc** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  4/21/17                                    Signature  _Joshua Rizack_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 18 total page(s)
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy