**EXHIBIT 1A**
**CUMULATIVE SUMMARY OF PROFESSIONAL**
**AND PARAPROFESSIONAL TIME**

| THIRD INTERIM POST-CONFIRMATION APPLICATION | | | | |
|---|---|---|---|---|
| **PROFESSIONALS:** | | | | |
| **Name (Partner or Associate)** | | **Total Hours** | **Hourly Rate** | **Total Fee** |
| **Partner:** | | | | |
| Brett D. Marks | | | | |
| | | 8.1 | $ 660.00 | $ 5,346.00 |
| | | 8.1 | | $ 5,346.00 |
| John L. Dicks | | | | |
| | | 2.9 | $ 440.00 | $ 1,276.00 |
| | | 2.9 | | $ 1,276.00 |
| Andrew P. Gold | | 4.2 | $ 755.00 | $ 3,171.00 |
| | | 4.2 | | $ 3,171.00 |
| Steven R. Wirth | | | | |
| | | 85.2 | $ 550.00 | $ 46,860.00 |
| | | 85.2 | | $ 46,860.00 |
| **Associate:** | | | | |
| Luis R. Casas Meyer | | | | |
| | | 23.5 | $ 395.00 | $ 9,282.50 |
| | | 23.5 | | $ 9,282.50 |
| Paralegals | | | | |
| Jennifer S. Meehan | | | | |
| | | 6.8 | $ 275.00 | $ 1,870.00 |
| | | 6.8 | | $ 1,870.00 |
| | **TOTAL:** | 130.7 | | $67,805.50 |
| Total Hours by Professionals and Paraprofessionals: | | 130.7 | | $ 67,805.50 |
| Blended Hourly Rate: | | $ 518.78 | | |
| Total Fees: | | | | $ 67,805.50 |

**EXHIBIT 1B**
**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL**
**BY ACTIVITY CODE CATEGORY FOR SECOND INTERIM POST-CONFIRMATION APPLICATION**

**ACTIVITY CODE CATEGORY: B110 CASE ADMINISTRATION**

| Name (Partner or Associate) | | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| Partners: | | | | |
| Andew P. Gold | | 4.2 | $ 755.00 | $ 3,171.00 |
| | | **4.2** | | **$ 3,171.00** |
| D. Brett Marks | | 7.6 | $ 660.00 | $ 5,016.00 |
| | | **7.6** | | **$ 5,016.00** |
| Steven R. Wirth | | | | |
| | | 11.9 | $ 550.00 | $ 6,545.00 |
| | | **11.9** | | **$ 6,545.00** |
| Paralegal: | | | | |
| Jennifer S. Meehan | | | | |
| | | 2.0 | $ 275.00 | $ 550.00 |
| | | **2.0** | | **$ 550.00** |
| | **TOTAL:** | **$ 25.70** | | **$ 15,282.00** |

54574862_1.xlsx

| EXHIBIT 1B SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL BY ACTIVITY CODE CATEGORY FOR SECOND INTERIM POST-CONFIRMATION APPLICATION ||||
|---|---|---|---|
| ACTIVITY CODE CATEGORY: B120 ASSET ANALYSIS AND RECOVERY ||||
| Name (Partner or Associate) | Total **Hours** | Hourly **Rate** | Total Fee |
| Partners: | | | |
| Steven R. Wirth | | | |
|  | 50.5 | $ 550.00 | $ 27,775.00 |
|  | **50.5** |  | **$ 27,775.00** |
|  | | | |
| TOTAL: | $ 50.50 |  | $ 27,775.00 |

| EXHIBIT 1B SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL BY ACTIVITY CODE CATEGORY FOR SECOND INTERIM POST-CONFIRMATION APPLICATION | | | | |
|---|---|---|---|---|
| ACTIVITY CODE CATEGORY:  B160  - FEE/EMPLOYMENT APPLICATIONS | | | | |
| Name (Partner or Associate) | | Total Hours | Hourly Rate | Total Fee |
| Partners: | | | | |
| Steven R. Wirth | | | | |
| | | 5.3 | $ 550.00 | $ 2,915.00 |
| | | **5.3** | | **$ 2,915.00** |
| | | | | |
| | | | | |
| Associate: | | | | |
| Luis R. Casas-Meyer | | 4.8 | $ 395.00 | $ 1,896.00 |
| | | **4.8** | | **$ 1,896.00** |
| | | | | |
| | | | | |
| Paralegal: | | | | |
| Jennifer S. Meehan | | 3.2 | $ 275.00 | $ 880.00 |
| | | **3.2** | | **$ 880.00** |
| | | | | |
| | TOTAL: | $ 13.30 | | **$ 5,691.00** |

**EXHIBIT 1B**
**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL**
**BY ACTIVITY CODE CATEGORY FOR SECOND INTERIM POST-CONFIRMATION APPLICATION**

| ACTIVITY CODE CATEGORY: B190 - OTHER CONTESTED MATTERS | | | | |
|---|---|---|---|---|
| Name (Partner or Associate) | | Total Hours | Hourly Rate | Total Fee |
| Partners: | | | | |
| John L. Dicks | | | | |
| | | 2.9 | $ 440.00 | $ 1,276.00 |
| | | **2.9** | | **$ 1,276.00** |
| Paralegal: | | | | |
| Jennifer S. Meehan | | 1.3 | $ 275.00 | $ 357.50 |
| | | **1.3** | | **$ 357.50** |
| | TOTAL: | **4.2** | | **$ 1,633.50** |

| EXHIBIT 1B SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL BY ACTIVITY CODE CATEGORY FOR SECOND INTERIM POST-CONFIRMATION APPLICATION | | | | |
|---|---|---|---|---|
| ACTIVITY CODE CATEGORY: B192 - ADVERSARY PROCEEDINGS | | | | |
| Name (Partner or Associate) | | Total Hours | Hourly Rate | Total Fee |
| Paralegal: | | | | |
| Jennifer S. Meehan | | | | |
| | | 0.1 | $ 275.00 | $ 27.50 |
| | | 0.1 | | $ 27.50 |
| | | | | |
| | | | | |
| | TOTAL: | 0.1 | | $ 27.50 |

| EXHIBIT 1B SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL BY ACTIVITY CODE CATEGORY FOR SECOND INTERIM POST-CONFIRMATION APPLICATION | | | | |
|---|---|---|---|---|
| ACTIVITY CODE CATEGORY: B310 - CLAIMS ADMINISTRATION | | | | |
| Name (Partner or Associate) | | Total Hours | Hourly Rate | Total Fee |
| Partner: | | | | |
| Steven R. Wirth | | | | |
| | | 17.5 | $ 550.00 | $ 9,625.00 |
| | | **17.5** | | **$ 9,625.00** |
| | | | | |
| D. Brett Marks | | | | |
| | | 0.5 | $ 660.00 | $ 330.00 |
| | | **0.5** | | **$ 330.00** |
| | | | | |
| Associate: | | | | |
| Luis R. Casas Meyer | | | | |
| | | 18.7 | $ 395.00 | $ 7,386.50 |
| | | **18.7** | | **$ 7,386.50** |
| | | | | |
| Paralegal: | | | | |
| Jennifer S. Meehan | | | | |
| | | 0.2 | $ 275.00 | $ 55.00 |
| | | **0.2** | | **$ 55.00** |
| | | | | |
| | TOTAL: | $ 36.90 | | $ 17,396.50 |