# EXHIBIT 2

## SUMMARY OF REQUESTED REIMBURSEMENT OF EXPENSES FOR THIS TIME PERIOD ONLY

| **Description** | |
|---|---|
| | |
| 1. Filing Fees | |
| 2. Process Service Fees | |
| 3. Recording Fees | |
| 4. Court Reporter Fees & Transcripts | 33.00 |
| 5. Court Services | |
| 6. Lien and Title Searches | |
| 7. Photocopies<br>    (a)  In-house _____ b&w (at $.20/page)<br>    (b)  Outside copies (_____) | |
| 8. Postage | 37.00 |
| 9. Overnight Delivery Charges | |
| 10. Outside Courier/Messenger Services | |
| 11. Long Distance Telephone Charges | |
| 12. Long Distance Fax Transmissions<br>    (___) copies at $1/page) | |
| 13. Pacer Public Records System | 10.60 |
| 14. Out-of-Southern-District-of-Florida Travel | |
| 15. Other Permissible Expenses (must specify and justify)<br>    (a)  Airfare and Baggage Fees<br>    (b)  Hotel<br>    (c)  Meals<br>    (d)  Parking<br>    (e)  Taxi/Car Service<br>    (f)  Telephone Conferencing<br>    (g)  Westlaw Research<br>    (h)  Library Research Charges | |
| | |
| **TOTAL EXPENSE DISBURSEMENT REQUESTED** | **$80.60** |

54574885;1