| Date | Services | Atty. | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| | **B110 - CASE ADMINISTRATION** | | | | |
| 3/9/2020 | Review/analyze service list for bar order motion and confer with defense counsel re: same. | WIRTH, STEVEN R. | 0.80 | 550.00 | 440.00 |
| 3/23/2020 | Draft Notice of Filing Liquidating Trustee Report for the Period October 1, 2019 to December 31, 2019 and coordinate electronic filing of same. | MEEHAN, JENNIFER S. | 0.20 | 275.00 | 55.00 |
| 3/27/2020 | Communicate with D&O defense counsel regarding advancement of defense costs. | WIRTH, STEVEN R. | 0.40 | 550.00 | 220.00 |
| 4/6/2020 | Coordinate electronic filing of Post-Confirmation Quarterly Reports for the 1st Quarter. | MEEHAN, JENNIFER S. | 0.20 | 275.00 | 55.00 |
| 4/6/2020 | Review and coordinate filing of quarterly reports. | WIRTH, STEVEN R. | 0.40 | 550.00 | 220.00 |
| 4/8/2020 | Review/analyze plan and DS and revise/edit distribution analysis. | WIRTH, STEVEN R. | 0.90 | 550.00 | 495.00 |
| 4/9/2020 | Review and respond to multiple communications concerning D&O settlement and SEC Objection | MARKS, D. BRETT | 0.70 | 660.00 | 462.00 |
| 4/13/2020 | Review and analyze memo from John Dicks and Steve Wirth with attachments outlining issues for analysis; review court docket relating to | GOLD, ANDREW P. | 2.40 | 755.00 | 1,812.00 |
| 4/14/2020 | Meeting with Wirth to discuss SEC Objection to D&O settlement | MARKS, D. BRETT | 0.50 | 660.00 | 330.00 |
| 4/17/2020 | Review and analyze GN Hearing Care's Motion for Protective Order; Trustee's Response to Motion for Protective Order; and GN Hearing Care Corporation's Reply in Support of Motion for Protective Order; additional review of docket. | GOLD, ANDREW P. | 1.80 | 755.00 | 1,359.00 |
| 4/21/2020 | Review and coordinate filing MOR. | WIRTH, STEVEN R. | 0.30 | 550.00 | 165.00 |
| 4/27/2020 | Review of new D&O litigation filings; memo to S. Wirth re: preparation for upcoming hearing | MARKS, D. BRETT | 0.70 | 660.00 | 462.00 |
| 4/27/2020 | Review/analyze plan and confirmation order and revise/edit distribution analysis. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 4/28/2020 | Work on bar issues and memo to S. Wirth for preparation of 4/29/20 hearing | MARKS, D. BRETT | 1.00 | 660.00 | 660.00 |
| 4/28/2020 | Draft Notice of Filing Liquidating Trustee Report for the Period January 1, 2020 to March 31, 2020 and coordinate electronic filing of same. | MEEHAN, JENNIFER S. | 0.30 | 275.00 | 82.50 |
| 4/29/2020 | Review of new filings; meeting with S. Wirth to discuss going forward strategy | MARKS, D. BRETT | 0.80 | 660.00 | 528.00 |
| 4/30/2020 | Communications with Liquidating Trustee regarding transfer of settlement funds from David Angstadt and coordinate same. | MEEHAN, JENNIFER S. | 0.20 | 275.00 | 55.00 |
| 5/5/2020 | Communicate with creditors/shareholders re: D&O settlement and possible distributions. | WIRTH, STEVEN R. | 0.70 | 550.00 | 385.00 |
| 5/11/2020 | Return calls to shareholders and creditors regarding D&O settlement. | WIRTH, STEVEN R. | 0.60 | 550.00 | 330.00 |
| 5/18/2020 | Multiple calls and e-mails re: case strategy and distributions | MARKS, D. BRETT | 0.60 | 660.00 | 396.00 |
| 5/19/2020 | Continue to communicate with equity holders and creditors re: D&O settlement agreement. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 5/21/2020 | Review MORs and coordinate filing of same. | WIRTH, STEVEN R. | 0.40 | 550.00 | 220.00 |
| 5/26/2020 | Communicate with creditors regarding D&O settlement. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 5/28/2020 | Call with S. Underwood and J. Rizack regarding Starr Indemnity litigation. | WIRTH, STEVEN R. | 0.80 | 550.00 | 440.00 |
| 6/9/2020 | Draft Liquidating Trustee Report for the Period April 1, 2020 through June 8, 2020. | MEEHAN, JENNIFER S. | 0.90 | 275.00 | 247.50 |
| 6/9/2020 | Attention to Liquidating trustee's fee statements. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 6/12/2020 | Multiple communications re: case strategy and closing of case | MARKS, D. BRETT | 0.70 | 660.00 | 462.00 |
| 6/16/2020 | Review of file; prepare memo to client re: distribution issues | MARKS, D. BRETT | 0.70 | 660.00 | 462.00 |
| 6/16/2020 | Review/analyze plan, DS and trust regarding fee calculations and creditor distributions. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 6/22/2020 | Review of file and all pending issues; prepare memo to S. Wirth re: discuss distributions and closing issues | MARKS, D. BRETT | 1.30 | 660.00 | 858.00 |
| 6/24/2020 | Multiple communications re: case status and closing issues | MARKS, D. BRETT | 0.60 | 660.00 | 396.00 |
| 7/14/2020 | Calls and emails to and from J. RIzack and A. Barbee re: objections to claims and interim distributions. | WIRTH, STEVEN R. | 1.20 | 550.00 | 660.00 |
| 7/22/2020 | Coordinate electronic filing of Post-Confirmation Quarterly Reports for the second quarter. | MEEHAN, JENNIFER S. | 0.20 | 275.00 | 55.00 |
| 7/22/2020 | Review and analyze quarterly reports and coordinate filing of same. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 8/21/2020 | Review and coordinate filing of MORs. | WIRTH, STEVEN R. | 0.40 | 550.00 | 220.00 |
| 8/27/2020 | Review distribution analysis and calls with GlassRatner re: same. | WIRTH, STEVEN R. | 0.80 | 550.00 | 440.00 |
| | **TOTAL** | | **25.70** | | **15,282.00** |

| Date | Services | Atty. | Hours | Rate | Value |
|---|---|---|---|---|---|
| | **B120 - ASSET ANALYSIS** | | | | |
| 3/3/2020 | Calls to and from M. Mark and D. Kirk regarding D&O settlement agreement and open issues. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 3/4/2020 | Communicate with client, M. Mark and D. Kirk throughout the day regarding open D&O settlement issues. | WIRTH, STEVEN R. | 0.70 | 550.00 | 385.00 |
| 3/5/2020 | Review/analyze 9019 motion and bar order and confer with M. Mark re: same. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 3/6/2020 | Review/analyze comments to D&O settlement agreement and confer with M. Mark re: same. | WIRTH, STEVEN R. | 0.90 | 550.00 | 495.00 |
| 3/6/2020 | Communicate with D. Kirk throughout the day regarding open issues with D&O settlement agreement. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 3/9/2020 | Call with M. Mark, J. Swanson and D. Kirk regarding D&O 9019 motion. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 3/9/2020 | Review/revise 9019 D&O settlement motion and review/analyze comments from defense counsel. | WIRTH, STEVEN R. | 0.90 | 550.00 | 495.00 |
| 3/10/2020 | Continue to confer with client and defense counsel regarding D&O settlement issues. | WIRTH, STEVEN R. | 0.90 | 550.00 | 495.00 |
| 3/11/2020 | Communicate with defense counsel regarding comments to 9019 motion and service list. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 3/12/2020 | Review/analyze potential claims against Bernstein, Breslau and Latifullah. | WIRTH, STEVEN R. | 2.30 | 550.00 | 1,265.00 |
| 3/12/2020 | Communicate with client, D. Kirk and M. Mark re: advancement of defense costs and related matters. | WIRTH, STEVEN R. | 0.70 | 550.00 | 385.00 |
| 3/13/2020 | Continue to review possible claims against Bernstein, Breslau and Latifullah. | WIRTH, STEVEN R. | 1.40 | 550.00 | 770.00 |
| 3/13/2020 | Continue to communicate with M. Mark, client and defense counsel regarding D&O settlement and advancement of defense costs. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 3/16/2020 | Continue to review/analyze potential claims against Bernstein, Latifulla and Breslau. | WIRTH, STEVEN R. | 1.50 | 550.00 | 825.00 |
| 3/16/2020 | Finalize D&O 9019 motion and bar order and coordinate service of same. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 3/17/2020 | Finalize analysis of claims against Bernstein, Latifullah and Breslau and confer with client re: same. | WIRTH, STEVEN R. | 2.80 | 550.00 | 1,540.00 |
| 3/18/2020 | Call with Damien Conforti regarding D&O settlement motion and bar order. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 4/6/2020 | Continue to review/analyze potential claims against Beltone and confer regarding same. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 4/8/2020 | Review/analyze Beltone memo and research and confer re: same. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 4/8/2020 | Call with M. Mark regarding D&O settlement and SEC informal objection. | WIRTH, STEVEN R. | 1.00 | 550.00 | 550.00 |
| 4/8/2020 | Review/analyze 9019 motion and bar order and research related to same in preparation for call with SEC. | WIRTH, STEVEN R. | 1.50 | 550.00 | 825.00 |
| 4/9/2020 | Continue to plan and prepare for conference call with SEC and multiple calls with client re: same. | WIRTH, STEVEN R. | 2.10 | 550.00 | 1,155.00 |
| 4/9/2020 | Continue to review/analyze distribution and claims analysis and calls with GR re: same. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 4/10/2020 | Prepare for and attend D&O settlement call regarding open issues. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 4/10/2020 | Continue to review/analyze distribution analysis and confer with CMM and GR re: same. | WIRTH, STEVEN R. | 0.90 | 550.00 | 495.00 |
| 4/14/2020 | Calls throughout the day with SEC, defense counsel, client and M. Mark regarding potential resolution to SEC informal objection to bar order. | WIRTH, STEVEN R. | 1.20 | 550.00 | 660.00 |
| 4/14/2020 | Continue to research and analyze bar order objection issues and confer re: same. | WIRTH, STEVEN R. | 1.40 | | 770.00 |
| 4/15/2020 | Call with client regarding claims and distribution analysis and potential claim objections. | WIRTH, STEVEN R. | 0.80 | | 440.00 |
| 4/17/2020 | Research and analyze issues related to SEC's proposed objection to bar order. | WIRTH, STEVEN R. | 1.50 | 550.00 | 825.00 |
| 4/17/2020 | Review and analyze potential claims against Beltone and call with A. Gold and client re: same. | WIRTH, STEVEN R. | 1.50 | 550.00 | 825.00 |
| 4/21/2020 | Communicate with SEC, CMM, D. Kirk and client throughout the day regarding D&O settlement and bar order language. | WIRTH, STEVEN R. | 1.20 | 550.00 | 660.00 |
| 4/23/2020 | Communicate with SEC, CMM and defense group throughout the day regarding proposed resolution to bar order language. | WIRTH, STEVEN R. | 1.40 | 550.00 | 770.00 |
| 4/24/2020 | Review/analyze revised bar order and calls with CMM and client re: same. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |

**Exhibit 3**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 4/27/2020 | Review/analyze revised bar order language and call with client re: same. | WIRTH, STEVEN R. | 0.60 | 550.00 | 330.00 |
| 4/27/2020 | Review/edit Trustee's sworn testimony and evidence in support of 9019 motion and bar order and confer with client re: same. | WIRTH, STEVEN R. | 2.10 | 550.00 | 1,155.00 |
| 4/29/2020 | Prepare for and attend hearing on fee applications and for approval of D&O settlement and bar order. | WIRTH, STEVEN R. | 1.60 | 550.00 | 880.00 |
| 5/4/2020 | Review order approving settlement and bar order and confer with client re: same. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 5/21/2020 | Communicate with various equity holders regarding D&O settlement. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 8/5/2020 | Review/analyze claims against Beltone and confer with L. Lazarus and client re: same. | WIRTH, STEVEN R. | 2.10 | 550.00 | 1,155.00 |
| 8/7/2020 | Draft/revise dismissal orders and coordinate submission to court. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 8/7/2020 | Continue to review/analyze Beltone claim and operative documents and confer with Lee Lazarus and client re: same. | WIRTH, STEVEN R. | 2.10 | 550.00 | 1,155.00 |
| 8/20/2020 | Continue to review/analyze claims against Belton and confer with A. Gold and client re: same. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 8/21/2020 | Call with client regarding potential claims against Beltone and probability of success. | WIRTH, STEVEN R. | 0.60 | 550.00 | 330.00 |
| 8/25/2020 | Continue to review/analyze claims against Beltone and follow up call with L. Lazarus and client re: same. | WIRTH, STEVEN R. | 1.50 | 550.00 | 825.00 |
| | **TOTAL** | | **50.50** | | **27,775.00** |

**Exhibit 3**

| Date | Services | Atty. | Hours | Rate | Value |
|---|---|---|---|---|---|
| | **B160 FEE/EMPLOYMENT APPLICATIONS** | | | | |
| 3/10/2020 | Revise/edit Akerman fee application and confer with client re: same. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 3/11/2020 | Review time entries for February 2020 and make edits. | CASAS MEYER, LUIS R. | 1.60 | 395.00 | 632.00 |
| 3/11/2020 | Edits to fee application to add in February 2020 time. | CASAS MEYER, LUIS R. | 1.10 | 395.00 | 434.50 |
| 3/11/2020 | Draft/finalize Akerman third interim fee application. | WIRTH, STEVEN R. | 1.20 | 550.00 | 660.00 |
| 3/16/2020 | Attention to Akerman fee application. | WIRTH, STEVEN R. | 0.80 | 550.00 | 440.00 |
| 3/18/2020 | Review and update fee application, exhibits etc. Review time entries. | CASAS MEYER, LUIS R. | 2.10 | 395.00 | 829.50 |
| 3/18/2020 | Revise fee application and exhibits to fee application to include February fees and costs (1.6); finalize fee application and coordinate electronic filing of same (.5); draft Certificate of Service of Notice of Hearing and coordinate electronic filing and service of same (.2). | MEEHAN, JENNIFER S. | 2.30 | 275.00 | 632.50 |
| 3/18/2020 | Finalize Akerman fee application. | WIRTH, STEVEN R. | 0.70 | 550.00 | 385.00 |
| 3/20/2020 | Email to J. Rizack forwarding Akerman's Third Interim Fee Application. | MEEHAN, JENNIFER S. | 0.10 | 275.00 | 27.50 |
| 4/29/2020 | Assistance with preparation for hearing. | MEEHAN, JENNIFER S. | 0.20 | 275.00 | 55.00 |
| 4/29/2020 | Draft proposed Order on Akerman's Third Interim Post-Confirmation Fee Application and coordinate submission of same. | MEEHAN, JENNIFER S. | 0.30 | 275.00 | 82.50 |
| 4/29/2020 | Plan and prepare for hearings on fee applications of Akerman and GlassRatner. | WIRTH, STEVEN R. | 1.00 | 550.00 | 550.00 |
| 5/1/2020 | Draft Certificate of Service of Order Awarding Third Interim Post-Confirmation Application for Allowance and Payment of (i) Compensation and (ii) Reimbursement of Expenses of Akerman LLP, General Counsel to the Liquidating Trustee, for the Period of April 1, 2019 – February 29, 2020 (ECF No. 455) and coordinate electronic filing of same. | MEEHAN, JENNIFER S. | 0.30 | 275.00 | 82.50 |
| 5/14/2020 | Review order granting Akerman fee application and coordinate with client for payment of approved fees and costs. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| | **TOTAL** | | **13.30** | | **5,691.00** |

**Exhibit 3**

| Date | Services | Atty. | Hours | Rate | Value |
|---|---|---|---|---|---|
| | **B190 - OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTIONS)** | | | | |
| 4/8/2020 | Confer regarding Beltone issues, memo regarding strength of claims | DICKS, JOHN L. | 0.40 | 440.00 | 176.00 |
| 4/17/2020 | Confer regarding claims against AGA / Beltone | DICKS, JOHN L. | 0.10 | 440.00 | 44.00 |
| 4/22/2020 | Confer regarding claims against Beltone | DICKS, JOHN L. | 0.70 | 440.00 | 308.00 |
| 4/27/2020 | Confer regarding status of adversaries, settlement amounts, for final hearing on fee application | DICKS, JOHN L. | 0.50 | 440.00 | 220.00 |
| 4/30/2020 | Confer regarding status of Angstadt and Mintz Levin lawsuits | DICKS, JOHN L. | 0.20 | 440.00 | 88.00 |
| 4/30/2020 | Draft proposed Order Approving Settlement Agreement with Mintz | MEEHAN, JENNIFER S. | 0.30 | 275.00 | 82.50 |
| 5/1/2020 | Finalize proposed Order Approving Settlement Agreement with Mintz and coordinate submission of same. | MEEHAN, JENNIFER S. | 0.20 | 275.00 | 55.00 |
| 5/6/2020 | Facilitate settlement | DICKS, JOHN L. | 0.10 | 440.00 | 44.00 |
| 5/11/2020 | Coordinate payment of Mintz settlement proceeds | DICKS, JOHN L. | 0.10 | 440.00 | 44.00 |
| 5/11/2020 | Telephone conference with Clerk regarding docketing of identical orders twice, draft Certificate of Service of Order Approving, in Part, Liquidating Trustee's Omnibus Motion for Approval of Settlement Agreements and Compromises of Controversy (as to Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.) (ECF No . 461) and Order Approving, in Part, Liquidating Trustee's Omnibus Motion for Approval of Settlement Agreements and Compromises of Controversy (as to Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.) (ECF No. 462) , and coordinate electronic filing and service of same. | MEEHAN, JENNIFER S. | 0.30 | 275.00 | 82.50 |
| 8/10/2020 | Finalize Joint Stipulation of Dismissal of David W. Angstadt and email same to S. Spradley. | MEEHAN, JENNIFER S. | 0.20 | 275.00 | 55.00 |
| 8/10/2020 | Draft Joint Stipulation of Dismissal of Jordan Leber and JJLS Consulting, LLC adversary proceeding. | MEEHAN, JENNIFER S. | 0.30 | 275.00 | 82.50 |
| 8/21/2020 | Correspond with witness regarding potential claims against Beltone | DICKS, JOHN L. | 0.50 | 440.00 | 220.00 |
| 8/24/2020 | Review and confer regarding Beltone adversary | DICKS, JOHN L. | 0.20 | 440.00 | 88.00 |
| 8/28/2020 | Confer regarding claims against Beltone | DICKS, JOHN L. | 0.10 | 440.00 | 44.00 |
| | **TOTAL** | | **4.20** | | **1,633.50** |

**Exhibit 3**

| Date | Services | Atty. | Hours | Rate | Value |
|---|---|---|---|---|---|
| | **B192 -  ADVERSARY PROCEEDINGS** | | | | |
| 8/31/2020 | Assistance with finalizing Joint Stipulation of Dismissal of Leber adversary. | MEEHAN, JENNIFER S. | 0.10 | 275.00 | 27.50 |
| | **TOTAL** | | **0.10** | | **27.50** |

**Exhibit 3**

| Date | Services | Atty. | Hours | Rate | Value |
|---|---|---|---|---|---|
| | **B310 - CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | |
| 7/15/2020 | REview claims, draft omnibus proof of claim objections and circulate same to co-counsel. | CASAS MEYER, LUIS R. | 6.80 | 395.00 | 2,686.00 |
| 7/16/2020 | Draft/revise omnibus objections to claims and confer with client re: same. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 7/16/2020 | Calls with K. Murphy regarding assistance from L. Lazarus with claims objections and potential litigation claims. | WIRTH, STEVEN R. | 1.20 | 550.00 | 660.00 |
| 7/20/2020 | Changes to omnibus objection to claims based on comments from co-counsel and coordinate filing of same. | CASAS MEYER, LUIS R. | 2.40 | 395.00 | 948.00 |
| 7/20/2020 | Continue to review/analyze claims for objection and confer with client re: same. Call with K. Murphy regarding assistance from L. Lazarus re: claims objections. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 7/21/2020 | Provide comments to various claims objections; memo to S. Wirth | MARKS, D. BRETT | 0.50 | | 330.00 |
| 7/22/2020 | Continue claims objection analysis and confer with client re: same. | WIRTH, STEVEN R. | 0.90 | 550.00 | 495.00 |
| 7/23/2020 | Draft amended objections and coordinate filing of same. | CASAS MEYER, LUIS R. | 1.70 | 395.00 | 671.50 |
| 7/23/2020 | Finalize omnibus claim objections and coordinate filing of same. | WIRTH, STEVEN R. | 0.90 | 550.00 | 495.00 |
| 7/28/2020 | Communicate with creditors regarding omnibus claim objections. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 8/3/2020 | Communicate with creditors and client throughout the day re: objections to claims. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 8/5/2020 | Calls to and from L. Lazarus regarding claims objections and related matters. | WIRTH, STEVEN R. | 1.10 | 550.00 | 605.00 |
| 8/11/2020 | Calls with creditors throughout the day regarding claims objections. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 8/20/2020 | Review/analyze claims for objection and confer with L. Lazarus and J. Rizack re: same. | WIRTH, STEVEN R. | 1.00 | 550.00 | 550.00 |
| 8/20/2020 | Review/edit fifth omnibus objection to claims and confer re: same. | WIRTH, STEVEN R. | 0.50 | 550.00 | 275.00 |
| 8/24/2020 | Review claims, draft and file fifth omnibus objection to claims. | CASAS MEYER, LUIS R. | 3.60 | 395.00 | 1,422.00 |
| 8/24/2020 | Review/analyze claim of DMI and calls with client and counsel re: settlement discussions. | WIRTH, STEVEN R. | 0.80 | 550.00 | 440.00 |
| 8/24/2020 | Draft/revise orders granting omnibus objections to claims and coordinate submission to Court. | WIRTH, STEVEN R. | 0.80 | 550.00 | 440.00 |
| 8/25/2020 | Communicate with counsel for DMI regarding claims objection and confer with client re: same. | WIRTH, STEVEN R. | 0.70 | 550.00 | 385.00 |
| 8/26/2020 | Continue to communicate with counsel for DMI re: settlement discussions and review state court complaint. | WIRTH, STEVEN R. | 0.90 | 550.00 | 495.00 |
| 8/27/2020 | Draft proposed orders on claim objections with negative notice period expiring and submit same to court. | CASAS MEYER, LUIS R. | 4.20 | 395.00 | 1,659.00 |
| 8/27/2020 | Review/analyze five omnibus claims objections and draft/edit proposed orders granting same. | WIRTH, STEVEN R. | 0.90 | 550.00 | 495.00 |
| 8/28/2020 | Coordinate submission of proposed Order Sustaining Trustee's Amended First Omnibus Objection to Claim, proposed Order Sustaining Trustee's Amended Third Omnibus Objection to Claim, and proposed Order Sustaining Trustee's Amended Fourth Omnibus Objection to Claim. | MEEHAN, JENNIFER S. | 0.20 | 275.00 | 55.00 |
| 8/28/2020 | Continue to communicate with DMI and client re: claim objection. | WIRTH, STEVEN R. | 0.40 | 550.00 | 220.00 |
| 8/28/2020 | Revise/edit orders granting claims objections. | WIRTH, STEVEN R. | 0.40 | 550.00 | 220.00 |
| 8/28/2020 | Review/edit distribution analysis and calls with GlassRatner re: same. | WIRTH, STEVEN R. | 0.80 | 550.00 | 440.00 |
| 8/31/2020 | Call with D. Conforti re: objection to SJO claim. | WIRTH, STEVEN R. | 0.90 | 550.00 | 495.00 |
| 8/31/2020 | Continue to communicate with DMI and client regarding claim objection and settlement discussions. | WIRTH, STEVEN R. | 0.40 | 550.00 | 220.00 |
| | **TOTAL** | | **36.90** | | **17,396.50** |

**Exhibit 3**